MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Michael Chaalan Traboulsi

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

The East WIng of The White House
Federal Trade Commission
Securities and Exchange Commission
Federal Bureau Of Investigation
Food And Drugs Administration
Department of Justice
National Security Agency
Central Intelligence Agency

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

Case: 2:26−cv−12669
Assigned To : White, Robert J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/3/2026
Description: CMP Traboulsi v. White House, East Wing, et al (jo)

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Chaalan Traboulsi |
| Street Address | 5911 Burger Street |
| City and County | Dearborn Heights, Wayne county |
| State and Zip Code | Michigan, 48127 |
| Telephone Number | 586-382-2661 |
| E-mail Address | michealtraboulsi006@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The East Wing Of The White House |
| Job or Title (if known) | |
| Street Address | 1600 Pennsylvania Avenue |
| City and County | NW Washington |
| State and Zip Code | DC 20500 |
| Telephone Number | 202-456-2121 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Federal Trade Commission |
| Job or Title (if known) | |
| Street Address | 600 Pennsylvania Avenue |
| City and County | NW Washington |
| State and Zip Code | DC 20580 |
| Telephone Number | 202-326-2222 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Securities and Exchange Commission |
| Job or Title (if known) | |
| Street Address | 100 F Street |
| City and County | NE Washington |
| State and Zip Code | DC 20549 |
| Telephone Number | 202-551-2100 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | National Security Agency |
| Job or Title (if known) | |
| Street Address | 9800 Savage Rd., Suite 6272 , |
| City and County | Fort George G. Meade |
| State and Zip Code | MD 20755-6000 |
| Telephone Number | 301-688-6311 |
| E-mail Address (if known) | |

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 242 (Deprivation of Rights Under Color of Law)

18 U.S.C. § 2340A - Torture

18 U.S.C. § 2261A - electronic harassment

18 U.S. Code § 2244 - Abusive Sexual Abuse

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the
   State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or is incorporated under the laws of
   (foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:
Given the severity and the methods of torture and the damage, pain and
sufferring the were incurred on the Victim/plaintiff, and after reviewing the
show of cause statement, and since the damage was mentally, physically and
irreperable, we ask the amount in controversy to be set for $500,000 dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.


See Attachment

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Show of Cause Statemnet which will be attached, lists and demonstrates the time frame of the criminal acts that occurred and that it still happenning in the present time since 2019-2026 as well as the pain and sufferring and the severe mental, financial, physical, academic, and ethical damange of course in addition to the violation of the plaintiff's/victim's civil and conastitutional rights and total invasion of privacy,

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01_____, 2026____.

Signature of Plaintiff    _____

Printed Name of Plaintiff    Micheal Chaalan Traboulsi_____

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

There is a lawsuit that have bben filed and processing in the eastern district Court case#26-11819 for the purpose of obtaining the substantial evidence of video and surveillance footages and computer and transaction records that contain the identity and transactions and the nature of the crimes that will also be essential for this case.

The Plaintiff has and is still been under direct threat and attack even as this case is being filed as a form of terrorizing and intimidation to prevent him from filing this lawsuit especially given who are the defendants are and the authorities and resources that are available to them, thus, we would ask the court to consider granting a whitness protection especially that the harassment is mostly done remotely.

# Cover Page

**Eastern District Court Michigan**

**231 W Lafayette Blvd, Detroit, MI 48226**

**313-234-5000**

**Civil Case Complaint**

**"SHOW OF CAUSE" Statement part 1 and part 2**

**Supporting Document**

# Plaintiff:

**Micheal Chaalan Traboulsi**

**5911 Burger st.**

**Dearborn Heights, MI, 48127**

**586-382-2661**

**Michealtraboulsi006@gmail.com**

**VS.**

# Defendant:

**The East Wing Of The White House  et al.**

**Date: 08/01/2026     Time: 04:20 pm**

Given that all the Plaintiff's financial and social accounts, emails, phone applications, etc, were and are being compromised, hacked, and cloned, all his online  casino applications specifically not only were cloned and hacked but also were tampered with on a developers level where the whole platform of any and all of the online Casino Applications where the vitality and algorithms were changed using an embedded algorithmic code sequence where it alters the ability for instance to get any bonus features no matter the plaintiff wagered a $10 or $10000 and being that was done deliberately, I have yet to obtain all records and Win/Loss statements for all the online casinos the plaintiff had accounts with in the state of Michigan to show the total amount the plaintiff had deposited since 2019 -2026 and to assess the total of the potential winnings he was caused to lose. That being said, the plaintiff had repeatedly disputed these transactions due to the evil and premeditated and organized attempts to cause him to lose all that money but the interesting part was that all the disputes the plaintiff had filed were handled by one team/office/division although they were conducted using different financial institutions (bank Accounts) and with different merchants (online casinos) and the common denominator between all of these disputes was the one single fact that they were all under $1000 so they were handled by the small claims division, except for one dispute between ADP My Wisely bank account and Play Gun Lake Casino for the amount of $3948 that was filed on March 1, 2026 and the plaintiff was eligible for a provisional credit that was supposed to post to his ADP My Wisely bank account on Friday March 13,2026 and so all day that day the provisional credit was for no apparent reason held back and prevented from being able to post despite all the efforts from both sides, the bank and the merchant and being that it was Friday, the plaintiff was told to wait till Monday 03/16/2026 since and quoting "THE INVESTIGATING AND DISPUTE TEAM/OFFICE CLOSES ON THE WEEKENDS, AND TO TRY TO CALL BACK ON MONDAY", the plaintiff called the next day on Saturday morning and was told that its still pending again because the office was closed, then on that Saturday afternoon the plaintiff called again only to find out that the $3948 claim was mysteriously denied and closed , when the office was closed, meaning these harassers and criminals have hacked into the investigation's system and unlawfully and illegally not only deliberately held the provisional credit back from posting but also closed the claim on a Saturday when the office was closed just like they also hacked to the saint Claire shores court system and deliberately and unlawfully and illegally issued and processed garnishments that were settled and taken care of the prior year which they would do every year around the time the plaintiff files for his income taxes, even when the plaintiff, MIcheal Traboulsi, went to SCS court and inquired and showed them the forged letter impersonating the department of treasury seal and info, the court worker was very confused on how and who had issued this garnishment for $892.55 when it was garnished, paid and closed the prior year so she put a stop on it and yet till this day the plaintiff did not receive the refund for the amount , and the same thing over at the Dearborn heights court when the plaintiff had never in his entire life resided in saint Claire Shore and had been living in warren and sterling heights cities since 2021 -2025, and looking back at all the garnishments from the prior years, records show that they were processed through midland debt management , a debt collector company but they all had different random addresses for this midland company all over the states which when were looked up they did not even exist.

in addition to all these occurrences that do not even sum up all the crimes, there was the part where it extended to also deliberately somehow tamper with the plaintiff's mail delivery to cause it to be delayed on multiple occasions when it involved receiving a check or any important mail, for instance the plaintiff's Domestic Partner had sent the plaintiff a gold and diamond expensive ring to get appraised and sold via mail from west branched to the plaintiff in Dearborn heights because they are both at

literally had hit rock bottom and this is their last resort, it was mailed on Saturday July 25, 2026 and today is Saturday August 01, 2026 and have yet been received due to deliberate interference to delay it and the plaintiff had disclosed that he was told by these criminals that they had delayed it till Monday 2 days ago which is a federal crime and all this goes to show and to give this court an idea of to what extent and how far these tyrants are willing to extend and how far they would abuse the government's resources and authority to pick and make an above average citizen on the decency spectrum a miserable hell out of hatred, racism and to prove a principle that for the life of me failed to figure out nor understand, yes I am Middle Eastern (Lebanese), yes I may be Muslim, yes my sexual orientation is quite complex but what I don't understand is that do we not all live on one planet and of the same species and lastly, do we all not bleed the same. So I once again ask this court and your honor to help the plaintiff with all its power and resources to MAKE IT STOP.

Show of Cause statement part 1

Stated are more reasons to be added to the prior show of cause statement that was filed already.

For the record this statement is being typed at the library in Dearborn heights where the harassment is being continued even here broadcasting anime and cartoon voices like the Smurfs and the Simpsons but in the Arabic Lebanese language which tells that it is being broadcasted from a tv station  and keep following the plaintiff everywhere he goes as an attempt to prevent him from finishing this statement because he is planning to forward/mail/fax a copy of it to the mayor of Dearborn heights, the governor, the 2 senators of Michigan and to the FBI and finally to the CIA.

In 2019, the plaintiff received a check in the plaintiff's name, Michael Chaalan Traboulsi, in which was skeptical about as a scam but a friend told him that he knows someone that can use the funds of the check to invest it for him in stocks and can potentially make him some profit and it would all be legit and legal. The person's name was Randy, so randy opened 4 accounts with Fidelity Investments in the plaintiff's name and invested the check in buying stocks but the very next day Randy was arrested by the feds and ever since this MIND PRISON/PRISM torture and harassment started. To sum it all up, the mind was later concluded to be called "synthetic Telepathy" AKA "Voice of God Weapon" AKA "Voice To Skull" which was used as a method to indirectly and illegally pursue the plaintiff and unlawfully condemned him to 10 years of this torture which the official project "Synthetic telepathy" will also be attached and uploaded which  lists all the methods and torture techniques that were used and all the damage it inflicted on the plaintiff's entire life, mentally, physically, ethically, financially, legally and last but not least the ultimate invasion of his privacy and violating the plaintiff's civil, constitutional and human rights, which along with a brief description of the heinous hate , racism and evil crimes that the plaintiff endured should suffice to convince your honor and the jury how crucial and essential it is to obtain the surveillance footages and camera and security videos from all the defendant's places of business for the entire time of employment the plaintiff was employed in Evolution Gaming USA/America at 1000 Town center Dr, Southfield, MI,48075 and Playtech at 24800 Northwestern  HWY, Southfield, MI, 48075 inside the studios, lunchroom, parking lot, Parking structure inside and outside and to be provided and surrendered from whether locally (inside of USA) or internationally since Evolution and Playtech are headquartered outside the United States of America and their cyber security and surveillance are in Riga, Latvia, etc. in addition to the recordings and the module(computer screen) recordings and a list of the transactions of the suspected players and from the Hollywood casino which was also called Greektown Casino for the entire times the plaintiff had visited which can easily be obtained since they have facial recognition, which will lead the investigation to the identity of the perpetrators as well as shows and proves the physical and mental torture and harassment that took place during the plaintiff's employment duration.

In 2020, The Plaintiff, Micheal C. Traboulsi, was living in Harper Woods with a 70 years old man named Michael Floer in which was his caregiver and his roommate where they shared the basement one on each side and Mr. Floer upstairs where the harassment started using silent audio and extreme low frequency acoustic or sound vibrations which is known to be called as MEDUSA which is a mob excess deterrent using silent audio and is a directed energy, non-lethal microwave weapon originally

developed in 2004 for crown control. It exploits the microwave auditory effect to beam sounds directly into the persons head, causing extreme discomfort, and was used repeatedly to harass the plaintiff and his best friend Matthew Wilt that stayed in the same house for few weeks and Matthew would always feel overwhelmed and stressed out due to the same harassment where Matthew would tell the plaintiff and his roommate that he would overhear them trash talking and gossiping about him and would tell them a whole scenario using the plaintiffs and the roommate's voice samples when in reality they both would be talking about chores and  something totally different and the harassment continued till he moved out and continued being tortured even at the new place he moved into till the plaintiff found him dead 2 weeks later off a heart attack from the severity of the methods of torture or at least that what was thought happened , come to find out that this whole criminal project was to target homosexual individuals and researching on how to syphon and alter the effect of drugs by cloning the brain activity through decoding the individuals brainwaves and so in all reality what had happened is that Matthew used to do Gee which is a liquid drug made to be taken in minimum doses every 2ml is one dose and so he would always took 2 doses and what these murderers did the manipulated the effect of his body to Gee based on his cloned brain activity which raises the question of how long had he been enduring this torturous techniques to be able to achieve such success that lead to his deliberate death, and this is a fact based on the same personal attempts that occurred to the plaintiff personally which will be elaborated on further in this statement.

THREE COUNTS OF ATTEMPTED MURDER:

The plaintiff was deliberately put to sleep behind the wheel while driving, 1st time was driving his boyfriends car 2021 Cadillac CT5 from work at Evolution Gaming in Southfield city and caused him to get in a car accident on I696, the second time was driving his 2019 Chevy sonic that he had just bought for $4000 from his friend that he hasn't yet paid for it also from work from Playtech Gaming in Southfield City also deliberately just so he gets fired as well as from evolution since the plaintiffs phone was hacked, tapped, and all the apps were cloned where they would turn off the alarm on purpose so he would be late which in both jobs was terminated due to accumulating 10 tardy points, where after total damaging the plaintiff's Chevy Sonic, he started taking the bus and for the first time in his life, when that wasn't enough, they would alter the traffic lights and the bus schedule to deliberately cause the bus to either be late or to be not in service till he missed it enough and got fired. The 3rd time the plaintiff was driving from work from evolution with his 2021 Cadillac CT4 when they on purpose tampered with the effect of "G" the same way his friend Matthew Wilt was killed which was then and only then clear after they attempted to do the same thing personally this time with the plaintiff since they have him linked to an AI/PYTHON and have decoded his brainwaves and brain activity using his EEG and his DNA and his bone marrow that were obtained illegally and unlawfully by hacking into his medical records and from a lumbar puncture that was done at Henry Ford Hospital in downtown Detroit which will also be filing a lawsuit against, and used to clone his brain activity and record and mimic the effect of his brain and body to the consumption of any drug he consumed in which they also deliberately made him pass out while driving till he woke up in the middle of a one way street after managing to miraculously get off the

freeway when a lady woke him up 30 mins later just because he took a dose of "G" which is 2ml which is the minimal dose a person can take and still be coherent knowing that a tiny bit more than one dose is enough to knock a person out cold.

When the plaintiff was working at Evolution Gaming as an online Blackjack dealer, they would still harass him with infrasound/ultrasound/silent audio throughout the entire studio through the speakers, cameras and also would hack into the module computer screen on every blackjack table he had dealt and he would know that because he can hear them and also see the names and aliases they would use when they join the tables posing as players and from the msgs in the cat which corresponds with what they would say to him in which they would taunt him by playing $3000 and $5000 hands just in spite when they know that he is $3000 late on his car payment and about to get repossessed due to the harassment listed above and will be listed below and would laugh and make fun of him and it did get repossessed while the plaintiff was grocery shopping in Kroger's where it turns out they also called the repo men and told them where the location of the vehicle was because truthfully the plaintiff had the navigation and GPS disconnected, and had to walk 3 miles home carrying all his groceries and then turns out that they had filed for an abandoned vehicle lien for his car 2 months before the car was up for repossession and then they turned around and bought it from Manheim Auto Auction because they had connections with someone that works there, and they did the same to the plaintiff's boyfriends car the 2021 Cadillac CT5 3 months later and the interesting part was that the plaintiff and his boyfriend William Hart IV were residing in Macomb county but the liens for abandoned vehicles were filed and obtained from the 36th District Court. Then while working at Playtech and unfortunately for a short period of time due to the car accident,  the plaintiff started working  as an Uber and Lyft Driver so they would hack his phone and network and clone his apps and change the whole platform where they would remove the surge areas where he normally get 30%-70% extra for being busy and would block his network so he would get no signal and would regulate his ride requests down to one request at a time and come to find out, they had created a fleet account under his name and had him listed as a driver for them and that's how they would regulate his rides requests and send him only requests that are 30 mins away and for half the fare and then hack to the sensors and the computer module of the vehicle and would alter and mess with the emission and gas management sensors, granted the plaintiff is not an expert in cars, but they would make the car consume more gas and burn more oil and would also mess with the brake system , and would calculate the amount of ride request which was known by the regulated rides requests with the distance and the amount of gas consumption with the profit made so by the end of the day the plaintiff would make it with $30-$40 dollars if not braking even when all other drivers would take home $300-$400 dollars daily on a busy day till they totaled damaged his vehicle and lost his job once again that after their failed attempts continuing to deny his vehicle inspection papers by hacking to thee uber and Lyft system, then the plaintiff rented an electric vehicle from uber to work as a driver so then they would turn off and freeze his debit cards every time he stops to charge the car at an EV charging station and then he would have to drive to another station where he would get stranded due to the battery dying and costing him $95 to get it towed.

Then the plaintiff and his boyfriend lost their mortgage home 13030 Stamford Ave, Warren, MI, 48089 because it went to foreclosure and it turns out that they concocted a buyer and drafted a loan since

they are affiliated with FTC and FDIC and the division that handles the policy and law makers and underwriting loans and rushed us to leave the house because the new owners were in a hurry to move in supposedly and the house remained vacant for 2 year after till just recently got listed back for ale, so the plaintiff and his boyfriend then moved to 5336 Mansfield Ave. Sterling Heights, Ml, 48310 where they rented then Micheal and William had $3600 left in Williams Flagstar bank account so they hacked to William's Flagstar bank account and used some girl's named Arislevda Vera Gonzales  from  Passaic, New Jersey information and social security number to create a Zelle account and zelled the whole amount of $3600 only so we don't make the first month rent payment which was delayed still and of course the whole sound acoustic harassment and torture and the whole set up was moved and continued at the sterling heights home till 5 months later got evicted for not being able to make the rent payments.

During all this criminal harassment, hate, racism, sadistic, narcissistic and torturous crimes , they would also torture our dogs with silent whistle frequency that would be transmitted to throughout the whole property driving my 3 chihuahuas insane all round the clock even to the puppies they had later on where even then the plaintiff made a listing to sell the puppies, and so they would hack to all of Micheal's emails and listings and would not receive no replies or buyers and the only buyers requests that would receive were all pre organized calls by them which were fake till Micheal had to have his friend list them separately from his account and ended up selling them, and things gotten even worse that Micheal and William resorted to start selling their own things and even then they would not let them sell anything Then comes the part where they would block and put a freeze and list the plaintiffs social security as a red flag with the checks system and with FTC and fico and SEC and FINRA and all credit bureaus in order to prevent him from being able to apply and get approved to any credit cards and loans knowing that the plaintiffs credit score is above 700 and till this day and from 8 years ago never obtained or was approved for a credit card or loans and every week there was always a presence of a council ONCE A WEEK that the plaintiff was able to hear but never see which turns out to be either the council and the Office of integrity or the safety and occupational health council or the council of OIGs or  last but not least the council of the Michigan Gaming Control Boards or even a council for the state police or FBI or CIA because there was the mentioning of the word "DEBRIEFING". and during the day the plaintiff, what the plaintiff would hear was the voices of real people and a setting of a court like till 5 pm which was when whoever they were closes at 5pm and that's when they would run the robust that would drive the plaintiff insane till 7 am which is when the office or whatever that division was (DISA, CISA, FISA, radio or news station etc.) Opens up.

Then there was the part where Super Heterodyne was used as a methods of mind manipulation and to induce and push images and thoughts directly to the plaintiffs mind and the use of neural linguistics programming for brain washing to deliberately induce thoughts and images of nasty and sickening ideas related to molestation to portray child molestation or at least they tried so hard but the truth of the matter is no matter how hard or advanced the technology gets, it's impossible to make someone or change or manipulate a perfect Samaritan and a human being like the plaintiff to become or even to wrongly be or appear as something or somebody he's not let alone an evil attempt such as this which goes against and violates every civil, constitutional, and humanitarian rights in addition to privacy rights invasion.

Also, there is the part of the disputes the plaintiff had made for the online casino applications that the interference from the dispute and investigation team and division that handles claims less than $1000 and the division that handles claims over $1000 that had deliberately caused a serious loss and damage and potential winning and profit of an amount that exceeds $25000.00 that will also be elaborated on and questioned during the trial.

The list could go on and on and truthfully could your honor and this Jury look me in the eye and tell me that the plaintiff that didn't even get the chance to graduate college has such a tremendous and incredible imagination to hallucinate or even concoct such incidents out of thin air just like that? And even if that was to be argued in this court and in front of this jury members , l, Micheal Chaalan Traboulsi, representing the plaintiff as his own, would like to file a petition to request the presence and the use of an invention called "Semantic Decoder" which is accessible and provided and present at the University of Texas at Austin which will decode the plaintiffs memories and project in visual and text onto a screen to your honor and to the Jury and shows everything that was done and inflicted to the Plaintiff which is the only victim of all these heinous crimes which will be and without any reasonable doubt the irrefutable truth , the only truth and nothing but the truth so help him God and so I see no possible or plausible verdict but to grant Mr. Traboulsi the motion to obtain those video, camera and surveillance footages and videos and the computer module screen recordings from Evolution Gaming USA , Playtech Gaming AKA PT Delaware, and The Hollywood Casino AKA Greektown Casino from their source of cyber security and surveillance inside the united states of America or their affiliates and branches outside the united states of America.

# SYNTHETIC TELEPATHY
### AND
## THE EARLY MIND WARS

### Richard Alan Miller, c2001

*[Presented at the Consciousness Technologies Conference, July 19-21, 2001, on **Saturday, July 20th, 2001, in Sisters, OR***

## Introduction:

I first became aware of Allan Frey's work at Willow Grove in 1972, just after completing "*The Holographic Concept of Reality*."  I was working with Dr. Carl Scheicher (MRU) at the time, and was asked about the significance of this work.  Realizing its possible use in mind control, my first reaction was to go on "red alert."

Full significance was not yet understood at this time.  Basically, Frey had discovered another sensory motor input in the higher blue-band frequencies of 0.3-3.0 GHz. - at very low amplitudes of power.  It was "as if" we had another type of "vision," but did not know how to "see" what was being received.  It constituted the next generation of subliminal communications.

My work at the time was involved with an AI database for paranormal references (Project Parafile).  A second paper was also presented at the Omniversal Symposium, California State College at Sonoma, (September 29, 1973).  This was titled "Embryonic Holography," and was an application of the "*Holographic Concept of Reality*" model. It dealt with biogenesis and neurological regeneration, and included speculation on the origins of cancer, faith healing, psychic surgery and more technical aspects of mind-body energetics.

One week after the delivery of that paper, four men came into my place of business, two in suits and two in full Army dress.  The two suits held me under close arrest, while the two Army personnel went through my files, pulling anything related to "*Embryonic Holography*."  The paper was rewritten from old notes and memory, but it was not the same.

What got this paper classified "top secret" for almost 20 years was that it was critical for the use of Allan Frey's study, and its possible application to mind control.  I never was able to draw what was so important in that initial paper until I began researching this paper, more than 24 years later.  I will discuss those aspects further into this document.

In 1961, Allen Frey, a freelance biophysicist and engineering psychologist, reported that humans could hear microwaves.  Most United States scientists dismissed this discovery as the result of outside noise.

James C. Linn offered a more technical description of the experiment.

> *"Frey found that human subjects exposed to 1310 MHz and 2982 MHz microwaves at average power densities of 0.4 to 2 mW/cm2 perceived auditory sensations described as buzzing or knocking sounds. The sensation occurred instantaneously at average incident power densities well below that necessary for known biological damage and appeared to originate from within or near the back of the head."*

## Pulsed Microwave Technology

Pulsed microwave voice-to-skull (or other-sound-to-skull) transmission was discovered during World War II by radar technicians who found they could hear the buzz of the train of pulses being transmitted by radar equipment they were working on.  This phenomenon has been studied extensively by Dr. Allan Frey, (Willow Grove, 1965) whose work has been published in a number of reference books.

What Dr. Frey found was that single pulses of microwave could be heard by some people as "pops" or "clicks", while a train of uniform pulses could be heard as a buzz, without benefit of any type of receiver.

Dr. Frey also found that a wide range of frequencies, as low as 125 MHz (well below microwave) worked for some combination of pulse power and pulse width.  Detailed unclassified studies mapped out those frequencies and pulse characteristics which are optimum for generation of "microwave hearing".

Very significantly, when discussing electronic mind control, is the fact that the peak pulse power required is modest - something like 0.3 watts per square centimeter of skull surface, and that this power level is only applied or needed for a very small percentage of each pulse's cycle time.  0.3-watts/sq cm is about what you get under a 250-watt heat lamp at a distance of one meter.  It is not a lot of power.

When you take into account that the pulse train is off (no signal) for most of each cycle, the average power is so low as to be nearly undetectable.  This is the concept of "spike" waves used in radar and other military forms of communication.

Frequencies that act as voice-to-skull carriers are not single frequencies, as, for example TV or cell phone channels.  Each sensitive frequency is actually a range or "band" of frequencies.  A technology used to reduce both interference and detection is called "spread spectrum".  Spread spectrum signals usually have the carrier frequency "hop" around within a specified band.

Unless a receiver "knows" this hop schedule in advance, like other forms of encryption there is virtually no chance of receiving or detecting a coherent readable signal.  Spectrum analyzers, used for detection, are receivers with a screen.  A spread spectrum signal received on a spectrum analyzer appears as just more "static" or noise.

The actual method of the first successful unclassified voice to skull experiment was in 1974, by Dr. Joseph C. Sharp and Mark Grove, then at the Walter Reed Army Institute of Research.  A Frey-type audible pulse was transmitted every time the voice waveform passed down through the zero axes, a technique easily duplicated by ham radio operators who build their own equipment.

The sensation is reported as a buzzing, clicking, or hissing which seems to originate within or just behind the head.  The phenomenon occurs with carrier densities as low as microwatts per square centimeter with carrier frequencies from 0.3-3.0 GHz.  By proper choice of pulse characteristics, intelligent speech may be created.

Dr. James Lin of Wayne State University has written a book entitled: Microwave Auditory Effects and Applications.  It explores the possible mechanisms for the phenomenon, and discusses possibilities for the deaf, as persons with certain types of hearing loss can still hear pulsed microwaves (as tones or clicks and buzzes, if words aren't modulated on).  Lin mentions the Sharp and Grove experiment and comments:  "The capability of communicating directly with humans by pulsed microwaves is obviously not limited to the field of therapeutic medicine."

## "Synthetic Telepathy"

In 1975, researcher A. W. Guy stated that "one of the most widely observed and accepted biologic effects of low average power electromagnetic energy is the auditory sensation evoked in man when exposed to pulsed microwaves."

He concluded that at frequencies where the auditory effect can be easily detected, microwaves penetrate deep into the tissues of the head, causing rapid thermal expansion (at the microscopic level only) that produces strains in the brain tissue.

An acoustic stress wave is then conducted through the skull to the cochlea, and from there, it proceeds in the same manner as in conventional hearing.  It is obvious that receiver-less radio has not been adequately publicized or explained because of national security concerns.

Today, the ability to remotely transmit microwave voices inside a target's head is known inside the Pentagon as "Synthetic Telepathy."  According to Dr. Robert Becker, "Synthetic Telepathy has applications in covert operations designed to drive a target crazy with voices or deliver undetected instructions to a programmed assassin."

This technology may have contributed to the deaths of 25 defense scientists variously employed by Marconi Underwater and Defense Systems, Easems and GEC.  Most of the scientists worked on highly sensitive electronic warfare programs for NATO, including the Strategic Defense Initiative.  It is claimed that directed energy weapons might have been used to literally drive these men to suicide and 291accidents.

## Biological Amplification
### Using Microwave Band Frequencies

The next major development in ELF weaponry was the concept of a biological amplification of these signals at the cell level to perpetuate and set up resonance for more sophisticated information transfer.  This was the beginning of using more than one technology in a stack to do something "more."  While this was implied, it was never developed in "The Holographic Concept of Reality."

Electromagnetic fields or relatively weak power levels can affect intercellular communication.  Bio-amplification is apparently why radio signals of very low average power (mw) can produce audio effects, and is difficult to detect.  [*Electromagnetic Interaction with Biological Systems*, ed. Dr. James C. Lin, Univ. of Illinois, 1989, Plenum Press, NY]

Imposed weak low frequency fields (and radio frequency fields) that are many orders of magnitude weaker in the pericellular fluid (fluid between adjacent cells) than the membrane potential gradient (voltage across the membrane) can modulate the action of hormones, antibody neurotransmitters and cancer-promoting molecules at their cell surface receptor sites.

These ELF sensitivities appear to involve nonequilibrium and highly cooperative processes that mediate a major amplification of initial weak triggers associated with the binding of these molecules (specific cell surface receptor sites).  Membrane amplification is inherent in this trans-membrane signaling sequence.

Initial stimuli associated with weak perpendicular EM fields and with binding of stimulating molecules at their membrane receptor sites elicit a highly cooperative modification of Ca++ binding to glycoproteins along the membrane.

A longitudinal spread is consistent with the direction of extracellular current flow associated with physiological activity and imposed EM fields.  This cooperative modification of surface Ca++ binding is an amplifying stage.  By imposing RF fields, there is a far greater increase in Ca++ efflux than is accounted for in the events of receptor-ligand binding. from imposing RF fields.

Enzymes are protein molecules that function as catalysts, initiating and enhancing chemical reactions that would not otherwise occur at tissue temperatures.  This ability resides in the pattern of electrical charges on the molecular surface.

Activation of these enzymes and the reactions in which they participate involve energies millions of times greater than in the cell surface, triggering events initiated by the EM fields, emphasizing the membrane amplification inherent in this trans-membrane signaling sequence.

Frey and Messenger confirmed that a microwave pulse with a slow rise time was ineffectual in producing an auditory response. Only if the rise time is short, resulting in effect in a square wave with respect to the leading edge of the envelope of radiated radio-frequency energy, does the auditory response occur.  This is why we don't "hear" ordinary radio and TV signals.

The significance of "*Embryonic Holography*" now becomes more understandable.  For example, the specific frequency bands (0.3-3.0 Hz) are so flat as to appear almost 2-dimensional to most biological processes on a semi-quantum mechanical level.  This means that these frequencies can be seen as "scalar" in their possible interaction with specific brain processes.

What these frequencies really are, however, are actual holograms of specific thoughts.  They have a third component of detail (much like the patented P300 wave).  This means that a hybrid form of brain fingerprinting is now possible.  And, once these "images" are stored (usually in a very sophisticated super-cooled computer), similar responses can be fed back to the person, inducing virtually any state desired (via entrainment protocols).

## Silent Sound Technology - "S-quad"

Silent (converted-to-voice FM) hypnosis can be transmitted using a voice frequency modulator to generate the "voice."  It is a steady tone, near the high end of hearing range (15,000 Hz), plus a hypnotist's voice, varying from 300 - 4,000 Hz.  These two signals are frequency modulated.  The output now appears as a steady tone, like tinnitus, but with hypnosis embedded.  The FM-voice controls the timing of the transmitter's pulse.

Each vertical line is one short pulse of microwave signal at a frequency to which the human brain is sensitive.  Timing of each microwave pulse is controlled by each down-slope crossing of the voice wave (Sharp's method, 1974).  Then the brain converts the train of microwave pulses back to inaudible voice.  There is no **conscious defense** possible against this form of hypnosis.

Ordinary radio and TV signals use a smooth waveform called a 'sine' wave.  This wave signal cannot normally penetrate the voltage gradient across the nerve cell walls.  Radar signals consist of very short and powerful pulses of sine wave type signals, and can penetrate the steep voltage gradient across these nerve cell walls (Allan H. Frey, Cornell University, 1962).

Differences in osmosis of ions (dissolved salt components) cause a small voltage difference across cell walls.  When a small voltage appears across a very tiny distance, the change in voltage is called very 'steep.'  It is this steep gradient that keeps normal radio signals from throwing us into convulsions.

The mind-altering mechanism is based on a subliminal carrier technology: the Silent Sound Spread Spectrum (SSSS), sometimes called "S-quad" or "Squad". It was developed by Dr Oliver Lowery of Norcross, Georgia, and is described in US Patent #5,159,703, "Silent Subliminal Presentation System", dated October 27, 1992. The abstract for the patent reads:

> "*A silent communications system in which nonaural carriers, in the very low or very high audio-frequency range or in the adjacent ultrasonic frequency spectrum are amplitude- or frequency-modulated with the desired intelligence and propagated acoustically or vibrationally, for inducement into the brain, typically through the use of loudspeakers, earphones, or piezoelectric transducers. The*

> *modulated carriers may be transmitted directly in real time or may be conveniently recorded and stored on mechanical, magnetic, or optical media for delayed or repeated transmission to the listener."*

According to literature by Silent Sounds, Inc., it is now possible, using supercomputers, to analyze human emotional EEG patterns and replicate them, then store these "emotion signature clusters" on another computer and, at will, "silently induce and change the emotional state in a human being".

Edward Tilton, President of Silent Sounds, Inc., says this about S-quad in a letter dated December 13, 1996:

> *"All schematics, however, have been classified by the US Government and we are not allowed to reveal the exact details... ... we make tapes and CDs for the German Government, even the former Soviet Union countries! All with the permission of the US State Department, of course... The system was used throughout Operation Desert Storm (Iraq) quite successfully."*

"Induced Alpha to Theta Biofeedback Cluster Movement" is an output from "the world's most versatile and most sensitive electroencephalograph (EEG) machine".   This device has a gain capability of 200,000, as compared to most other EEG machines (with gain capability of 50,000). It is software-driven by the "fastest of computers" using a noise nulling technology similar to that used by nuclear submarines for detecting small objects underwater at extreme range.

The purpose of all this high technology is to plot and display a moving cluster of periodic brainwave signals. The illustration shows an EEG display from a single individual, taken of left and right hemispheres simultaneously.  This technology is very similar to that used to generate P300 waves.

## Cloning the Emotions

By using these computer-enhanced EEGs, scientists can identify and isolate the brain's low-amplitude "emotion signature clusters," synthesize them and store them on another computer. In other words, by studying the subtle characteristic brainwave patterns that occur when a subject experiences a particular emotion, scientists have been able to identify the concomitant brainwave pattern and can now duplicate it.

> *"These clusters are then placed on the Silent Sound[TM] carrier frequencies and will silently trigger the occurrence of the same basic emotion in another human being!"*

Regarding system delivery and applications, there is a lot more involved here than a simple subliminal sound system. There are numerous patented technologies that can be piggybacked individually or collectively onto a carrier frequency to elicit all kinds of effects.

There appear to be two methods of delivery with the system. One is direct microwave induction into the brain of the subject, limited to short-range operations. The other, as described above, utilizes ordinary radio and television carrier frequencies.

Far from necessarily being used as a weapon against a person, the system does have limitless positive applications. However, the fact that the sounds are subliminal makes them virtually undetectable and possibly dangerous to the general public.

In more conventional use, the Silent Sounds Subliminal System might utilize voice commands, e.g., as an adjunct to security systems. Beneath the musical broadcast that you hear in stores and shopping malls may be a hidden message that exhorts against shoplifting. And while voice commands alone are powerful, when the subliminal presentation system carries cloned emotional signatures, the result is overwhelming.

Free-market uses for this technology are the common self-help tapes, positive affirmation, relaxation and meditation tapes, as well as methods to increase learning capabilities. But there is strong evidence that this technology is being developed toward global mind control.

The secrecy involved in the development of the electromagnetic mind-altering technology reflects the tremendous power that is inherent in it. *To put it bluntly, whoever controls this technology can control the minds of men - all men.*

There is evidence that the U.S. Government has plans to extend the range of this technology to envelop all peoples, all countries. This can be accomplished, and is being accomplished, by utilizing the nearly completed HAARP project for overseas areas and the GWEN network now in place in the U.S. The U.S. Government denies all this.

Dr Michael Persinger is a Professor of Psychology and Neuroscience at Laurentian University, Ontario, Canada. His work and findings indicate that strong electromagnetic fields can and will affect a person's brain.

> *"Temporal lobe stimulation can evoke the feeling of a presence, disorientation, and perceptual irregularities. It can activate images stored in the subject's memory, including nightmares and monsters that are normally suppressed."*

## Mind Reading Devices

Alan Yu, a former lieutenant colonel in the Taiwan National Defense Department, says that the United States has not only developed an operational mind control machine, but has also distributed models for use by allied countries. Yu states that such machines pose a great threat to human rights and the American way of life. He calls the device the "Mind Reading Machine" (Mind Machine).

Yu writes that there are two sources of information detailing the existence of the Mind Reading Machine. The first evidence: In the 1970s, The South China Morning Post reported that the

University of Maryland had invented a Thought Reading Machine.  The original purpose of this invention was to help authorities investigate severe car accidents.  It was to be used on people who were severely injured to get their accounts of how the accidents occurred.

In the spring of 1984, Yu was a lieutenant colonel serving in the National Defense Department of Taiwan.  At that time, Yu read a classified document from the department that he serviced under.  The document said the Military Police Department of Taiwan had purchased several of the Mind Reading Machines from the United States (In Taiwan, it was called Psychological Language Machine).

The document was a request to the United States for parts to repair several malfunctioning machines.  The machine allegedly uses microwaves to deliver spoken messages directly to the human brain, as well as using radio waves to hypnotize people or change their thoughts.  Yu reports that before he left, this machine had become the most effective weapon for the security departments of Taiwan.

In 1993, Defense News announced that the Russian government was discussing with American counterparts the transfer of technical information and equipment known as "Acoustic Psycho-correction."  The Russians claimed that this device involves the transmission of specific commands via static or white noise bands into the human subconscious without upsetting other intellectual functions.

Demonstrations of this equipment have shown encouraging results after exposure of less than one minute and have produced the ability to alter behavior on unwilling subjects.  A US Department of Defense medical engineer claimed in 1989 that the U.S. and Israel had regularly used microwaves to condition and control the minds of Palestinians.

## Unclassified ELF-Type Weapons

**Remote physical manipulation**:  Not covered in this document.  At time of writing, that technology appears to be classified.

**Transmission methods for neuro-effective signals:**  This includes pulsed microwave (i.e., like radar signals) and ultrasound and voice-FM (transmitted through the air).  Also known as "Synthetic Telepathy."

While transmission of speech, dating from the early 1970s, was the first use of pulsed microwave, neuro-effective signals can now cause many other nerve groups to become remotely actuated.  That specific technology is classified.

**Pavlovian hypnotic triggers:** A [Pavlovian] hypnotic trigger is a phrase or any sensory cue that the subject is programmed to involuntarily act in a certain way.  MKULTRA survivors can still be triggered from programming done decades ago.

One of the main goals of the institutional/drug/child abuse phases of the CIA MKULTRA atrocities (1950's through 1970's) was to implant triggers using a "twilight state" (half-conscious) medication and tape-recorded hypnosis.  The ultimate goal was to have the acting out of Pavlovian triggers erased from the victim's memory.

These triggers are now planted using either of the above two transmission methods, but with the words moved up just above (or near the top of) the audible frequency range.   The result is that hypnotic triggers are planted without the subject being aware.  This technology was used in the Gulf War as "Silent Sound."

**Through-wall surveillance methods:** This includes top end of microwave (near infrared), and the so-called "millimeter wave" scanning.  This method uses the very top end of the microwave radio signal spectrum just below infrared.  To view small objects or people clearly, the highest frequency that will penetrate non-conductive or poorly-conductive walls is used.

Millimeter wave scanning radar can be used in two modes:  The first is passive (no radiated signal) and uses background radiation already in the area to be scanned.  It is totally undetectable. The active system uses a (low power millimeter wave) "flashlight" attached to the scanner.

**Thought reading:** Thought reading can be classed as a form of "through wall surveillance" technology.  In the unclassified and commercial realms, it is called thru-skull microwave reading, and magnetic skull-proximity reading.

**Brain entrainment:** This involves moods and sleep states, the reverse of biofeedback. The low frequency electrical brain rhythms are characteristics of various moods and states of sleep.  Not only can they now be read out using biofeedback equipment or EEG machines, but also radio, sound, contact electrodes, or flashing lights. These moods and sleep states can be generated or at least encouraged using brain entrainment devices.

Brain entrainment signals cannot carry voice, which is a much higher frequency range.  Brain entrainment can, however, be used to "set up" a target to make him/her more susceptible to hypnosis.

**Implantation:** (no longer required)

## Specific ELF Weapons

**Ultrasound and Voice-FM:** Main advantage in mind control work is that it can carry verbal hypnosis, more potent than simple biorhythm entrainment.  An example is Chicago's Airport Terminal connection tunnels and their "Keep Walking."

Steady tone, near the high end of hearing range (15,000 Hz).  Hypnotist's voice, varying from 300 to 4,000 Hz, fed into a frequency modulator, where the voice controls the frequency.  Output

is now a steady tone, sounding like tinnitus, but with hypnosis embedded.  While the brain can hear and understand, the ear only hears a "tone" or a "rush."

Acoustic Heterodyne
American Technologies Corp.
13114 Evening Creek Drive. S.
San Diego, CA   92128

**Through-Wall Radar:** Millimeter wave through clothing, through-luggage is currently in use at airports.  Millimeter wave scanners can be purchased from:

Millivision Corp.
Northampton, MA

**Thought Readings:**  Thought reading is an enhanced version of computer speech recognition, with EEG waves being substituted for sound waves.  The easiest "thought" reading is actually remote picking up of the electro-magnetic activity of the speech-control muscles.

When we say words to ourselves, silently, or, read a book, we can actually feel the slight sensations of those words in our vocal muscles - all that is absent is the passage of air.  Coordinated speech signals are relatively strong and relatively consistent.

We are "fed" hypnotic signals to force consistent "neutral" content (but of different character than prior to becoming test subjects) in dreams.  These forced, neutral content ("bland" content) dreams occur every single night and may represent the experimenters' efforts to have our experiences portray themselves in such dreams, in effect, mining our experiences.

 confirms the ability of current unclassified technology to actually see what a living animal sees, electronically.  It is therefore extremely likely that these forced dreams can be displayed on the experimenters' screens in an adjacent apartment or adjacent house, (which are made obvious to the involuntary experimentee).

**Implants:** Implants can either receive instructions via radio signals, passing them to the brain.  Or, can be interrogated via external radio signals to read brain activity at a distance.  Since implants for beneficial purposes are actively being promoted by NIH, it is obvious they will not disappear any time soon.

**Thermal Gun, Seizure Gun, and Magnetophosphene Gun:**  Evokes a visual response and is thought to be centered in the retina (as seen in the movies Goldeneye, Broken Arrow, Escape From LA, and Eraser).  The popular video "Waco: The Big Lie Continues" shows video footage of three EM weapons being used during the confrontation.

**Silent Subliminals**
ALTERED STATES LTD
P.O.Box 68-344, Newton,

Auckland, New Zealand.
Ph: +64-9-815-5095 or +64-9-815-5059
Fax: +64-9-815-5067

From their brochure:

*"Only your mind can hear. Your ears hear nothing but your mind hears and accepts the powerful suggestions.*

*You can safely play these tapes anywhere - in a car, while watching TV or listening to your favorite music, while working or even as silent sleep programming.*

***Warning:*** *Everyone within listening range of the tape will be programmed by the suggestions. To assure yourself that strong suggestions are recorded on the tape, take it to any Radio Shack store, play it on their stereo and read the output with a Radio Shack Sound Level Meter (Item 33-2050)*

***How To Use The Tapes:*** *Increase the volume until it is just below any tape noise. If your stereo deck has treble and bass controls, you can boost the subliminal output by increasing the treble and decreasing the bass. The player then emits a strong but inaudible frequency - modulated 60 - 90 decibel signal that is received and demodulated by the human ear.*

***Technical Information*** *The Suggestions are delivered on a carrier frequency of 14,800 cps, via a low-distortion sine wave signal. This frequency is slightly above the audible hearing range but the frequency-modulated (FM) signal is still strongly impinging upon the diaphragm of the ear. The listener can expect his subconscious mind to accept the suggestions with repeated listening.*

***How To Use The Tapes****: Increase the volume until it is just below any tape noise. If your stereo deck has treble and bass controls, you can boost the subliminal output by increasing the treble and decreasing the bass. The player then emits a STRONG BUT INAUDIBLE frequency-modulated 60 to 90 decibel signal that is received and demodulated by the human ear.*

*The Silent Subliminals is a new brain/mind technology developed by an aerospace engineer. This new technique has been licensed to Valley of the Sun Audio/Video for this incredible new tape series. Patent pending.  Note: Because the frequency is beyond normal recording range, the tape cannot be duplicated:*

***Examples of Suggestions:***
*- "Every day you become thinner and thinner"*
*- "You now lose weight and full fill your goals"*

- *"You attain your weight goals and the body you desire"*
- *"You have the power and ability to attain the perfect weight and body you desire"*
- *"You have the self-discipline to lose all the weight you want"*
- *"You live a healthy lifestyle and eat a proper diet"*
- *"You now quit smoking because it serves you"*
- *"You lose all desire to smoke"*
- *"You accept that you now quit smoking"*
- *"You are a non-smoker"*
- *"Quit smoking. Quit smoking. Quit smoking"*
- *"You have the willpower to do anything you want to do"*
- *"You have great self- discipline and you use it to quit smoking"*
- *"Cigarettes disgust you"*
- *"You are very sure of yourself"*
- *"You accept that you have great inner courage"*
- *"You are self-reliant and self-confident"*
- *"You are full of independence and determination"*
- *"You have great inner courage"*
- *"Every day in every way, you become more and more self-confident"*
- *"You feel good about yourself"*
- *"You project a very positive self-image"*
- *"You are relaxed and at ease"*
- *"You detach from worldly pressures and experience an inner calm"*
- *"Negativity flows through you without affecting you"*
- *"You accept other people as they are"*
- *"You peacefully accept the things you cannot change, and change the things you can"*
- *"You are at peace with yourself, the world and everyone in  it"*
- *"Your mind is like calm water*
- *"You direct your time and energy to manifest your desires"*
- *"You have the self-discipline to accomplish your personal and professional goals"*
- *"Every day, you increase your self-discipline"*
- *"You do what you need to do and stop doing what doesn't  work"*
- *"You freely choose to do what you need to do"*
- *"You are assertive and feel good about yourself*
- *"You now focus your energy upon attaining success"*
- *"You know exactly what you want and you go for it"*
- *"You can accomplish whatever you set out to do"*
- *"Be ultra-successful. Be ultra-successful and become wealthy"*
- *"Every day in every way, you become more successful"*
- *"Your creative thinking opens the door to monetaryabundance"*
- *"You easily achieve and maintain a penile erection"*
- *"Your body performs perfectly during sex without thinking about it"*

- *"A hard, firm erection is your natural response to sexual stimulation "*
- *"You can make love for a long before you ejaculate"*
- *"Every day you feel better about your sexual prowess and*
  *your ability to achieve and maintain a hard, firm erection"*

**"Acoustic Spotlight (Can Target One person in Crowd)"**
Posted by F. Joseph Pompeii, MIT Media Lab



**Usage:**  The Audio Spotlight can be used in two major ways:  As directed audio, sound is directed at a specific listener or area, to provide a private or area specific listening space. As projected audio, sound is projected against a distant object, creating an audio image.  This audio image is literally a projected loudspeaker - sound appears to come directly from the projection, just like light.

The Audio Spotlight consists of a thin, circular transducer array and a specially designed signal processor and amplifier. The transducer is about half an inch thick, nonmagnetic, and lightweight.  The signal processor and amplifier are

integrated into a unit about the same size as a traditional audio amplifier, and have similar power requirements.

**Technology:**   Because it is impossible to generate extremely narrow beams of audible sound without extremely large loudspeaker arrays, we instead generate the sound indirectly, using the nonlinearity of the air to convert a narrow beam of ultrasound into a highly directive, audible beam of sound.

The device transmits a narrow beam of ultrasound (blue), which, due to the inherent nonlinearity of the air itself, distorts (changes shape) very slightly as it travels. This distortion creates, along with new ultrasonic frequencies, audible artifacts (green) that can be mathematically predicted, and therefore controlled.

By constructing the proper ultrasonic beam, this nonlinearity can be used to create, within the beam itself, an audible sound beam containing any sound desired. This is presently done in real-time using low cost circuitry, a specially designed amplifier, and transducers developed at MIT specifically for this project.

**Hyperdirectivity:**   The directivity, or narrowness, of an acoustic wave generated by a circular transducer is proportional to the ratio of the diameter of the transducer to the wavelength of the sound. So a transducer much larger than the wavelength of the sound creates a very narrow beam.

Audible sound contains wavelengths reaching lengths of several feet, so a reasonably sized loudspeaker will always produce a very wide, non-directional source at lower frequencies. The Audio Spotlight, in contrast, outputs short, millimeter sized ultrasonic waves, which form a very narrow beam even in a small transducer, which in turn generates audible sound.

The nature of the nonlinear transformation also essentially eliminates side lobes in the resulting beam, and maintains relatively uniform directivity across the entire audible frequency range.

The figure above (from American Technologies Corp.) compares the directivity of the Audio Spotlight (yellow) to that of an ordinary loudspeaker (purple) at 400 Hz.  Note that the directivity of the Audio Spotlight is only three degrees, compared to the essentially omni directional directivity of the loudspeaker.

In order to obtain such narrow directivity from a traditional loudspeaker system, one would need a loudspeaker array fifty meters across!  A loudspeaker is like a light bulb, but the Audio Spotlight is like a laser.

**History:**   The use of nonlinear interaction of high frequency sound to generate directive low frequency sound sources has been a well-researched subject in the field of underwater acoustics since the early 1960's. Often

misattributed to so-called "Tartini Tones," the effect is more accurately described as a parametric array, a term introduced by Westervelt.

In the past several decades, many underwater sonar researchers have used the effect to generate directive low frequency sonar beams, detect underwater sound (parametric receiving array), and extend the bandwidth of underwater transducers.

The first published demonstration of an airborne parametric array was in 1975 by Bennett and Blackstock. Rather than using inaudible ultrasound, they instead used very intense, high frequency audible sound to produce simple difference tones. While their goal was not a practical audio reproduction device, they nonetheless effectively demonstrated that the parametric array would work in air in addition to underwater.

**Life Assessment Detector System (LADS)**   The Life Assessment Detector System (LADS), a microwave Doppler movement measuring device, can detect human body surface motion, including heartbeat and respiration, at ranges up to 135 feet (41.15 meters).

The primary function of the LADS is to provide a reliable method by which medical and emergency personnel can locate personnel buried in building collapses or injured on the military battlefield.  LADS can detect such signs of life as movement, heartbeat, or respiration.

Originally designed to detect heartbeat and respiration of military personnel wearing chemical-biological warfare protective overgarments, the LADS has been restructured, greatly increasing its operational range and providing a means for eliminating "nuisance alarms" which could mimic human life signs, such as fans, wind drafts, or swaying trees.

This is accomplished through neural network technology, which "trains" the system to recognize human motion and heartbeat/respiration functions.  If these functions are not detected, the reasonable assumption is that there are no survivors. Operating under such an assumption, the rescue team can now proceed without fear of further loss of life, i.e., rescue and medical personnel and equipment can be deployed more effectively and efficiently.

The LADS consists of a sensor module, a neural network module, and a control/monitor module. The sensor module is an x-band (10 GHz) microwave transceiver with a nominal output power of 15 milliwatts, operating in the continuous wave (CW) mode. The neural network module device can store many complex patterns such as visual waveforms and speech templates, and can easily compare input patterns to previously "trained" or stored patterns.

The control/monitor module provides the LADS' instrument controls, such as on-off switches, circuit breakers, and battery condition, as well as motion, heartbeat waveform, pulse strength, and pulse rate displays.

LADS provides life assessment capabilities for people who are:

Trapped in building rubble;

Battlefield casualties in a chemical/biological warfare environment;
Victims of airline, train, or automobile crashes;
Trapped in an avalanche or mudslide;
Trapped on a mountain ledge;
Trapped under a collapsed tent structure; or
Hostages being held in a nonmetallic room.

For more information about the LADS, send E-mail to: info@vsecorp.com

**Radar Flashlight:**  The National Institute of Justice (NIJ), through the Joint (Justice-Defense) Program Steering Group (JPSG), is sponsoring Georgia Tech Research Institute (GTRI) in developing inexpensive, handheld, low-power radar that will enable law officers to detect individuals through interior building walls.  It works by sensing the motion of an individual's chest when they breathe.

GTRI is currently designing and refining the first prototype unit.  A laboratory test area has been constructed consisting of a section of home siding and drywall, a wooden front door, and a section of brick and mortar.

It also demonstrated the ability to detect an individual through the laboratory's cinder block walls.  GTRI is working to combine the two parts of this device into a single unit.  NIJ plans on demonstrating the Radar Flashlight with law enforcement agencies through its National Law Enforcement and Corrections Technology Center (NLECTC) (Southeast Regional Center) before the end of 1999.

Dr. Pete Nacci Project Manager
(703) 351-8821

_____

**Millivision Radar Millimeter-Wave Camera** picks up both metallic and plastic concealed handguns.  Between microwave and infrared lies the millimeter wave band. This little-heralded portion of the electromagnetic spectrum turns out to be perfect for "remote frisking." Millitech Corp. has designed a camera to accomplish just that.

The idea calls for measuring the time delay and intensity of millimeter wave energy that radiates naturally. At millimeter wavelengths, people are good emitters, while metals are very poor. Dielectric objects, such as plastics, ceramics and powdered drugs, are somewhere in between. *Clothing and building materials, such as wallboard, are virtually transparent.*

_____

**Ground (or Home/Apt. Wall) Penetrating Radar:**  Patriot Scientific Corporation has developed radar technologies with a wide range of possible applications.

A pulse generator is used to drive the transmit antenna. The pulse is a positive spike going up to 100V then falling back to ground in one and a half nanoseconds corresponding to a pulse transmit frequency of 750 MHz.

The return signal is read by the receive antenna.  At this point some simple analog processing is done and the signal is digitized at a resolution of 6 GHz, and sent to a PC.  The PC correlates the data into a conventional waveform, does some processing, and then transmits the data over an Ethernet cable to a Pentium workstation (not shown).

The Pentium workstation is used to apply different digital filters, combine waveforms, and display the results.  This system can be used to demonstrate detection of small targets buried in sand, people behind walls, and other targets.

Patriot has used its antenna system to demonstrate detection of objects as small as a coke buried in sand, through a wall.  Even small targets disturb the wavefront of the pulse, producing reflections and modifying the field in measurable ways.

The key to Patriot's Radar system is its ability to transmit and receive pulses barely longer then single cycles at the transmit frequency. The first waveform shown here is a pulse generated by an earlier Patriot Design, based on "off the shelf" antenna technology. The waveform on the bottom was produced and received by Patriot's current Design.

The current Patriot antenna system produces a pulse at the desired frequency with little leading or trailing noise. The Patriot antenna system provides many advantages over pulse-based systems.

Patriot originally developed the impulse radar system to allow time domain processing in Patriot's GPR systems.  Because the impulse is extremely short (3 nanoseconds), the time to return can be used to gauge the distance traveled by the pulse.

Furthermore, the transmitter and receiver antennas are very directional, eliminating much of the multipath components of the return signal.  The short pulses combined with the directional transmit and receive to provide us with a number of important advantages:

> Very low average power during transmission
> Low interference from other transmitters
> Transmission invisible to conventional receivers
> High bandwidth digital data transmission possible
> Difficult detection by other impulse receivers

Interference with other sources and receivers is further reduced by using directional antennas. The antenna design shown is highly directional.

When penetrating the ground, we wish to eliminate as much of the multipath signal as possible. The directional antennas reduce the multipath signals detected to those that are relatively inline with the wave path, and eliminate much of the multipath signal that returns at odd angles.

Impulse radar uses low power inherently because the transmissions occur in pulses separated by periods of no transmission. The power of the pulses is offset by the dead time between the pulses. The average output of the current system is about 300 microwatts.  The low average power of an impulse system effectively hides the transmissions from conventional receivers.

Interference can be further reduced in an impulse system by using random interval spacing. As long as the transmit and receive antennas are in sync, the period between pulses can be varied to prevent aliening with other continuous- or pulse-transmission systems that might be operating in the same locale.

Furthermore, if an impulse system is being used to transmit data, varying the intervals between pulses prevents other impulse systems from locking onto the signal. Patriot Scientifics' current GPR system does not use random interval spacing.

Patriot Scientific Corporation

---

**Commercial Thought Reading Devices:**  The Cyberlink Mind Mouse is a revolutionary hands-free computer controller which allows you to move and click a mouse cursor, play video games, create music, and control external devices, all without using your hands.

A headband with three sensors detects electrical signals on the forehead resulting from subtle facial muscle, eye, and brain activity.  This headband connects to an interface box that amplifies and digitizes the forehead signals and sends them to your computer.

The Cyberlink software decodes the forehead signals into ten Brain Fingers for continuous cursor control. It also decodes eye motion and facial gestures into mouse button clicks, keystrokes, and cursor resolution control. With a little practice, most or all of these commands can be mastered to operate virtually all computer functions.

By learning to change the energy levels of your Brain Fingers, you will be able to do just about anything on a computer, except turn it on! The Cyberlink Mind Mouse supports hands-free mouse, keyboard and joystick cursor control, switch closure, video game control, and music and art synthesis.

The Cyberlink Mind Mouse features a Windows 95 Mouse Driver for hands-free control of third party software like games, business software, Internet browsers, and a range of assistive technologies, such as the X-10 Home Controller and special needs word-processing and communication software, including WiVik2, Words Plus, and Clicker Plus.

The Cyberlink Mind Mouse is priced at $1495.00 (U.S.$) plus shipping. Free upgrades are included for one year.

---

**Hearing For the Deaf:**  It was during these [Frey] studies that a profoundly important discovery was made:  Deaf subjects often had the ability to *hear* radio frequency sound.  The clinical criterion was that, if a given person could hear audio above 5 kHz [higher range of a piano] by bone or air conduction, then radio frequency sound could be heard as well.

This and related work has resulted in the manufacture of radio frequency type hearing aids for the deaf, one of which is made by Listening, Inc., of Arlington, Mass., and is known as the Neurophone Model GPF-1.  It operates at 100 kHz (about five times the normal maximum hearing frequency) and employs crystal control.

These observations tie in with the fact that some individuals can detect radio programs through fillings in their teeth.  This phenomenon was technically *verified* by interposing shields between respective people who exhibited this effect and the modulated radio frequency sources.

When the lower half of the head was *covered*, including the maxillary dental area, the radio frequency sound was perceived.  The sound *ceased* on covering the *top* half of the head.  While the mechanism responsible for this phenomenon is only imperfectly understood, *it can be assumed to be the result of DIRECT cortical stimulation.*

In other words, even when the sound seems to be coming from the teeth, it is actually being directly received and interpreted in the brain, not the teeth.

## Some Important Historical Developments:

**Brain-Wave Detection:**  Some 40-odd years ago, university professor F. Cazzamalli started publishing papers on the subject of brain-wave detection [using radio signals] and implied that he had detected radiations from the mind.

He placed his subjects in a shielded room (or Faraday cage), emanated VHF radio waves through their heads, and claimed to have recorded "beat frequencies" obtained with an untuned receiver consisting of a galena crystal or diode tube, a fixed capacitor, an antenna, and a sensitive light beam galvanometer.  A "galvanometer" is a voltmeter; light beam types show up in physics labs and are one of the most sensitive types of voltmeter.

The trouble is that Cazzamalli never mentioned transmitter power in his somewhat unprofessional papers.  His oscillograms meant to show variations of the "beat" when his subjects were emotionally aroused or engaged in creative tasks when they were in the Faraday cage.  "Beat" as used by Cazzamalli refers to EEG-frequency, i.e., ELF, traces.

Later he told an astounded world that his subjects would hallucinate when under the influence of his "oscillatori telegrafica," its frequency being around 300 MHz at the time.  Aviation radios are in this range.

Tom Jaski, a noted science writer and engineer duplicated some of Cazzamalli's work with a modern low-power oscillator that was swept from 300 MHz to 600 MHz. Cell phones start at over 900 MHz.

His subjects could not see the dial. They were told to sound off as soon as they felt something unusual. At a certain frequency range - varying between 380 MHz and 500 MHz - the subjects repeatedly indicated points with exact accuracy in as many as 14 out of 15 trials. At these "individual" frequencies, the same subjects announced having experienced pulsing sensations in the brain, ringing in the ears, and an odd desire to *bite* the experimenters.

The oscillator's output power was only a few *milli*watts, while the oscillator itself was located several feet away from the subjects. Any experimenters out there want to try this? Milliwatts are quite safe for short-term experiments. Kids' walkie-talkies are 50 to 100 milliwatts, for example.

**LIDA Machine:** 1960 Soviet device that bombards brains with low-frequency radio waves. Now with Dr. Ross Adey, Chief of Research, Veterans Hospital, Loma Linda, CA.

Low frequency square wave modulation of a radio frequency field. It was developed by L. Rabichev and his colleagues in Soviet Armenia, for "the treatment of neuropsychic and somatic disorders, such as neuroses, psychoses, insomnia, hypertension, stammering, bronchial asthma, and asthenic and reactive disturbances." (U.S. Patent # 3,773,049)

The radio frequency field has a nominal carrier frequency of 40 MHz and a maximum output of approximately 40 watts. The E-field is applied to the patient on the side of neck through two disc electrodes approximately 10 cm in diameter. The electrodes are located at a distance of 2 to 4 cm from the skin.

The radio signal appears to be the primary cause of the sleep/trance effect. Optimal repetition frequencies are said to lie in the range from 40 to 80 pulses per minute.

**Voice to Skull, 1974:** The demonstration of sonic transduction of microwave energy by materials lacking in water LESSENS the likelihood that a thermo hydraulic principle is operating in human perception of the energy. Nonetheless, some form of thermo acoustic transduction probably underlies perception. If so, it is clear that simple heating is NOT a sufficient basis for the Frey effect; the requirement for pulsing of radiations appears to implicate a thermodynamic principle.

Frey and Messenger (1973) and Guy, Chou, Lin, and Christensen (1975) confirmed that a microwave pulse with a slow rise time is ineffective in producing an auditory response; only if the rise time is SHORT, resulting in effect in a square wave with respect to the leading edge of the envelope of radiated radio-frequency energy, does the auditory response occur.

Thus the rate of change (the first derivative) of the waveform of the pulse is a CRITICAL factor in perception. Given a thermodynamic interpretation, it would follow that information can be encoded in the energy and "communicated" to the "listener".

Communication has in fact been demonstrated.  A. Guy, a skilled telegrapher, arranged for his father, a retired railroad telegrapher, to operate a key, each closure and opening of which resulted in a pulse of microwave energy.  By directing the radiations at his own head, complex messages via the Continental Morse Code were readily received by Guy.

Sharp and Grove found that appropriate modulation of microwave energy can result in "wireless" and "receiverless" communication of SPEECH.  They recorded by voice on tape each of the single-syllable words for digits between 1 and 10.  The electrical sine-wave analogs of each word were then processed so that each time a sine wave crossed ZERO REFERENCE IN THE NEGATIVE DIRECTION, a brief pulse of microwave energy was triggered.

This is, in effect, is a form of what is called pulse-RATE modulation.  By radiating themselves with these "voice modulated" microwaves, Sharp and Grove were READILY able to hear, identify, and distinguish among the 9 words.  Persons with artificial larynxes not unlike those emitted the sounds heard.

Communication of more complex words and of sentences was not attempted because the averaged densities of energy required to transmit longer messages would approach the current 10 milliwatts per square centimeter limit of safe exposure.

The capability of communicating directly with a human being by "receiverless radio" has obvious potentialities both within and without the clinic.  But the hotly debated and unresolved question of how much microwave radiation to which a human being can safely be exposed will probably forestall applications within the near future.

**EC-130E Commando Solo:**  Primary function is "Psychological operations broadcasts." Air Force Mission statement:  Commando Solo conducts psychological operations and civil affairs broadcasts missions in the standard AM, FM, HF, TV and military communications bands.

It was called EC-121, known at the time as the Coronet Solo, and was used in Operation Urgent Fury.  Volant Solo was during Operation Just Cause.

The Commando Solo aircraft and earlier generations of this design have participated in the following missions:

Operation *Urgent Fury* (Grenada, October-November 1983, January-June 1985)
Operation *Just Cause* (Panama, late December 1989)
Operation *Desert Shield* (Kuwait, Iraq, from August 1990)
Operation *Desert Storm* (Saudi Arabia, Turkey, Iraq, 1991)
Operation *Uphold Democracy* (Haiti, 1994-1995)
Operation *Joint Guard* (Part of a U.N. operation in Bosnia-Herzegovina, 1995)
Operation *Desert Thunder* (part of a U.N. operation in Iraq)
Operation *Desert Fox* (Iraq, 2 to 3 days in December 1998)

## HAARP:

HAARP (High Frequency Active Auroral Research Project), by virtue of its far-reaching impact on the environment to be a global concern and calls for its legal, ecological and ethical implications to be examined by an international independent body before any further research and testing, regrets the repeated refusal of the United States Administration send anyone in person to give evidence to the public hearing or any subsequent meeting to be held by its competent committee into the environmental and public risks connected with the HAARP programmed currently being funded in Alaska...

One of HAARP's potential uses is a communications system.  The military officially acknowledges two communications-related applications:

> (1) to replace the existing Extremely Low Frequency (ELF) submarine communications system now operating in Michigan and Wisconsin;

> (2) to provide a way to wipe out communications over an extremely large area, while keeping the military's own communications system working.

As we have seen, the mind-control subliminal messages are carried on radio-frequency broadcasts.  The HAARP facility could be used to broadcast global mind-control messages, or such messages could simply be inserted into existing systems.

Dr. Igor Smirnov, of the Institute of Psycho-correction in Moscow, says in regard to this technology:  "It is easily conceivable that some Russian 'Satan', or let's say Iranian [or any other 'Satan'], as long as he owns the appropriate means and finances, can inject himself [intrude] into every conceivable computer network, into every conceivable radio or television broadcast, with relative technological ease, even without disconnecting cables.

**Recent Media on HAARP**

> HAARP TRANSMITTER NOW RUNNING AT FULL POWER!!
> Can be Easily Heard Around the World on Short-wave Radio.
> Has Space War Begun?
> -BJNews by Marshall Smith

> *"As of this morning, Saturday Feb 17, 2001, HAARP began doing testing with greatly increased FULL power.  The transmitter can now be heard all day long on 3.39 MHz.  Very early this morning about 3 AM, HAARP could be heard at its "old" normal signal strength.  About 4 AM the signal changed in both its pulse timing and inter-pulse spacing.  At 4:30 AM the signal strength suddenly increased tremendously.*

> *"Unlike previous mornings, there was no regular F-layer daytime fade out when the sun rose here in California about 6:45 AM.  I continued to monitor during the daylight.  I have never heard the HAARP signal during the daytime before.  The*

*sun now rises in Gakona Alaska about 10 AM PST.  The received signal again increased from about S5 to S9 at 10:05 AM.  With sunlight at both the transmitter and receiver there is no F-layer skip to bend the powerful signal around the planet.  This means this is an extremely powerful direct ground wave signal. And I'm only receiving the leakage off the side lobes of the antenna array.*

*"The full HAARP design power is supposed to be about 350 Megawatts.  But that is only the published spec, not necessarily what is done in practice (as in those CB'rs running illegal 1KWatt linear amplifiers).  There is a planned Air Force "Star Wars" test with two vehicles, one from California and the other in the south Pacific, similar to last summer's failed test. The tentative published launch is set for late March or April.  I will monitor HAARP to confirm it is running full power during the launch, as it was last summer.*

*"Last summer's "failure" is exactly what a HAARP device is supposed to do; destroy the electronic controls of a vehicle so the second stage cannot separate from the booster.  A very cheap, simple way to knock down missiles launched from anywhere on the planet.  It also can destroy military satellites in low orbit. Maybe that's why the Russians and Chinese have been complaining in the last several weeks about Bush's intention to "build" the star wars system.  Maybe they've been losing some of their "secret hardware."  But of course, they won't say that in public.*

*"Its now 11 AM PST, on Saturday the 17th, and the signal is blasting in with the powerful pre-pulse tone around S+20 and the main signal about S9.  The signal varies 3 to 6 db over a series of several pulses.  Since this is not due to F-layer skip fading, I must assume they are slewing the beam of the antenna in various directions, and thus changing the amount of the side lobes in this direction.  This must be a test of a simulated space warfare game with multiple targets.  Rapid slewing of the antenna in just a matter of a minute or two is not useful for submarine communication, nor for their stated purpose of doing "ionospheric research."*

*"To show the HAARP signal is abnormally large, at this time, the 80-meter band is silent and WWV at 5 MHz cannot be heard, as would be expected during the daytime. WWV at 10 MHz is barely heard but does not even register on the S meter. Tuning back to 3.39 MHz, the S meter jumps off the top of the scale. Even the extremely powerful Russian "woodpecker" transmitters during the cold war never did that, and they were aimed along the ground not out into space. I have no way to estimate how many Gigawatts that represents.*

*"It may be only coincidence but just several days ago, Russia announced it would be conducting a massive space war game, including the launch of numerous missiles, from both ground sites and submarines.  Of course this is only a coincidence. You Think. For more information about HAARP, how the transmitter works and to hear what the transmitter sounds like, go back to the Brother*

*Jonathan Gazette front page article about the HAARP facility and how it is used in space warfare.*

*"I should point out in 1983 a number of Air Force ER-135 electronic warfare planes were shot down in the Sea of Japan.  They were apparently making a covert entry into soviet airspace to test the latest Russian technology.  What the Air Force did not know then was the Soviets had developed a stealth fighter so the 135's never saw the Russians coming and all 5 of the US e-warfare planes were shot down.  To cover this "covert" event, the US shot down a 747, a plane similar to the 135's (or modified Boeing 707's whose parts are very similar to a 747) so if plane parts are found in the Sea of Japan they are claimed to be the 747.  The 747 may, in fact, have played a part in the covert event. This is the supposed "Russian" shoot down of Korean Airlines Flight 007, on Sept 1, 1983. I remember the event well, since it is my son's b-day.*

*"The proof of a covert event with stealth Russian fighters shooting down 5 Air Force ER- 135's is documented in R.W. Johnson's book, SHOOTDOWN, published in 1986. The most convincing evidence is the strange fact that 27 US active duty electronic warfare officers somehow end up on the passenger list among the dead on the civilian KAL Flight 007 going to Korea.  I only point this out to show how high tech secret warfare between Russia and the US may result in deaths and the destruction of hardware, and yet is never reported to the public.*

*"The US did not announce and demonstrate deployment of its own stealth fighters until the Gulf War in '90-91, seven years later.  In 1991, three events occurred, (1) the US demonstrates stealth fighter-bombers which can travel anywhere in the world without detection, (2) the announcement of the construction of HAARP which would neutralize all soviet missiles coming over the pole, and (3) the collapse of the Soviet Union.  To see these as unrelated events is to miss the point of history.*

*"At the present time, both the Russian's and Chinese have demonstrated their ability and inclination to engage in warfare, especially space warfare.  It would thus seem clear the "coincidence" of the massive Russian war games and the sudden increase in the output of HAARP in a warfare mode, would indicate that on this Presidents Day Weekend 2001, warfare is actually occurring, not just games.  Just as in 1985, when planes were destroyed and US airmen died, the story was completely covered up, but it nonetheless had great implications on the relations between the governments of the world.*

*"There are, of course, no airmen on the Russian missiles, nor the Chinese and Russian satellites in orbit.  This is the new hi-tech robotic remote control warfare of outer space.  But, the "war games" are real, nonetheless. The massive increase in the output of HAARP, under the control of the Air Force's Space Vehicles Command which operates HAARP and has the mission of engaging in space warfare, would indicate of a lot of expensive space hardware is now biting the*

*dust.  The Russians will claim their exercise was a "success." The Chinese who have just lost their "eyes in orbit" will say nothing. And the US will claim, as usual, "What, who me?  HAARP hasn't been in operation since October '99." But you can listen for yourself on any short-wave receiver by tuning to 3.390 MHz. Good Listening."*

---

## Some Concluding Remarks

The discovery of "Synthetic Telepathy," as an EM way to communicate information directly onto the brain has changed everything.  And, with related discoveries on membrane responses to specific frequency bands, and their amplification, has led to some very serious questions.  Where are these technologies really leading man?

Certainly not toward a better way of living….  We see little application in their uses in medicine. In fact, most aspects have remained classified, and are still being used (historically) for military applications and uses.  When you consider our ability to clone emotions, and the possible uses of HAARP, there is NO QUESTION on the possibility of its use for the complete mind control of humanity.

*We can do it now.  We have the theory.  We have the technology.  Why would it not be done? And then, by whom?*  Dr. Robert O. Becker, twice-nominated for the Noble prize for his health work in bio-electromagnetism, was more explicit in his concern over illicit government activity. He wrote of "obvious application in covert operations designed to drive a target crazy with voices."

What is frightening is that words, transmitted via low-density microwaves or radio frequencies, or by other covert methods, might be used to create influence.  For instance, according to a 1984 U.S. House of Representatives report, a large number of stores throughout the country use high frequency transmitted words (above the range of human hearing) to discourage shoplifting. Stealing is reduced by as much as 80 percent in some cases.

Given the low power levels required for some of these psycho-physical effects, and the ability to concentrate certain frequencies of electromagnetic radiation into tight beams, it is worth considering the possibility that low-orbiting satellites could transmit such signals directly to a chosen person.  Such a capability would have obvious strategic value.

What if some group or organization wanted to conduct terrorist activities that would strike right into the heart of their intended victims?  What better way than to create killers from the most ordinary of citizens?  Worse yet would be to cause children to unexpectedly lash out and murder those around them.

It is apparent that the technology exists to elicit such behavior using waves of electromagnetic energy sent directly into the brain.

"ELF" frequencies, as we know now, are not the most invasive weapons-capable frequencies. Doses of ELF can act as either sedatives or stimulants, entraining the target's EEG as with the Russian LIDA machine.  Weapons that can transmit hypnotic commands silently and untraceably, over distance and through walls, can cause a far wider spectrum of effects.

In other words, don't assume that "ELF" is the only form of electromagnetic signal which can do damage.  And, if you might wonder what that "buzzing" sound you sense behind you ear might be?  It is HAARP.  You can actually hear it when they have it "on."

The obvious next important discussion should be around the changing Shuman Resonance, and its affects and importance to biological functions and activities.  There is no question that the Shuman Resonance is changing toward the higher frequencies associated with our "conscious states" of mind…   Why is that?

# BOOKS
## ON
# MIND CONTROL

Adey, W. Ross, and Lawrence, Albert F. (eds.): *Nonlinear Electrodynamics in Biological Systems,* Plenum Publishing Corp., NY, 1984.

Alexander, John B., Groller, Richard, and Morris, Janet: *The Warrior's Edge: Front-line Strategies for Victory on the Corporate Battlefield*, 1990.

Anderson, Larry E. (ed.): *Interaction of Biological Systems with Static and ELF Electric and Magnetic Fields*, Dept. of Energy, Washington, DC, 1984.

Aquino, Michael A. (Major), and Valley, Paul E. (Col.): *Mindwar: From Psyops to Mindwar: The Psychology of Victory*.

Bamford, James, and Madsen,: *The Puzzle Palace: Inside the National Security Agency, America's Most Secret Intelligence Organization*, Penguin Books, NY, 1982.

Baranska, S., and Czerski, P.: *Biological Effects of Microwaves*, Dowden, Hutchinson, and Ross, Inc., Stroudsburg, PA, 1976.

Barnothy, M. F.: *Biological Effects of Magnetic Fields*, Plenum Publishing Corp., NY, Vol. I: 1964, Vol. II, 1969.

Basar, E., Flohr, H., Haken, H., and Mandell, A. (eds.): *Synergetics of the Brain*, Springer-Verlag, Berlin, 1983.

Bearden, Thomas E. (Lt. Col.): *An Approach to Understanding Psychotronics*, (AD-A027866), Defense Documentation Center, Washington, DC, 1976.

Bearden, Thomas E. (Lt. Col.): *Excalibur Briefing*, Strawberry Hill Press/Walnut Hill Books, San Francisco, 1980.

Bearden, Thomas E. (Lt. Col.): *Gravitobiology*, 1991.

Bearden, Thomas E. (Lt. Col.): *The New Tesla Electromagnetics and the Secrets of Electrical Free Energy*, Tesla Book Co., Millbrae, CA, 1983.

Bearden, Thomas E. (Lt. Col.): *Solutions to Tesla's Secrets and the Soviet Tesla Weapons*, Tesla Book Co., Millbrae, CA, 1983.

Becker, Robert O., and Selden, Gary: *The Body Electric: Electromagnetism and the Foundation of Life*, William Morrow & Co., Inc., NY, 1985.

Becker, Robert O.: *Cross Currents: The Perils of Electropolution, The Promise of Electromedicine*, Jeremy P. Tarcher, NY, 1990.

Becker, Robert O., and Marino, Andrew A.: *Electromagnetism and Life*, SUNY Press, Albany, NY, 1982.

Becker, Robert O. (ed.): *Mechanism of Growth Control*, C. C. Thomas Press, Springfield, IL 1982.

Begich, Nick, and Manning, Jeane: *Angels Don't Play This HAARP: Advances in Tesla Technology,* Earthpulse Press, Anchorage, AK, 1995. (ISBN: 0-96488-12-0).

Begich, Nick: *Towards a New Alchemy: The Millennium Science*.

Beir, V.: *Health Effects of Exposure to Low Levels of Ionizing Radiation*, 1990.

Beischer, D. E., et al.: *Exposure of Man to Magnetic Fields Alternating at Extremely Low Frequency*, (AD-7701400, NAMRL 1180) Naval Aerospace Naval Research Laboratory, Pensacola, FL, 1973.

Bennett, William R.: *Health and Low-Frequency Electromagnetic Fields*, Yale University Press, New Haven, CT, 1994.

Biderman, A. D., and Zimmer, H. (eds.): *The Manipulation of Human Behavior*, John Wiley & Sons, 1961.

Blank, Martin: *Electromagnetic Field Biointeractions and Mechanics*, Advances in Chemistry Series No. 250. American Chemical Society, 1155 Sixteenth St., NW, Washington, DC 20036, 1995  (ISBN: 0-8412-3135-4).

Bowart, Walter: *Operation Mind Control*, Dell, NY, 1978.

Bowart, Walter H.: *Operation Mind Control: How the Cryptocracy will Psychocivilize You*, St. Martin's Press, NY, 1994.

Braid, James: *Electro-biological Phenomena Considered Physiologically and Psychologically*, Sutherland & Knox, Edinburgh, 1851 (yes, 1851).

Brodeur, Paul: *Currents of Death: Power Lines, Computer Terminals, and the Attempt to Cover Up Their Threat to Your Health*, Simon & Schuster, NY, 1989.

Brodeur, Paul: *Secrets: A Writer in the Cold War*, Faber & Faber, Boston, 1997 (ISBN: 0-571-19907-0).

Brodeur, Paul: *The Zapping of America: Microwaves, Their Deadly Risk, and the Cover-up*, W. W. Norton & Co., NY, 1977.

Buderi, : *The Invention that Changed the World*.

Burch, N., and Altschuler, H. L. (eds.): *Behavior and Brain Electrical Activity*, Plenum Publishing Corp., NY, 1976.

Burdick, Dorothy: *Such Things are Known*, Vantage Press, Inc., 1982 (nonfiction, out-of-print).

Burner, Alvin M.: *Biological Effects of Microwaves: Future Research Directions*, San Francisco Press, Inc., San Francisco, CA, 1968.

Burr, H.S.: *Blueprint for Immortality: The Electric Patterns of Life*, Neville Spearman, London, 1972.

Bylinsky, Gene: *Mood Control*, Charles Schribner's Sons, NY, 1968.

Callahan, Philip S., (Ph.D.): *Exploring the Spectrum and Paramagnetism*, 19__.

Callahan, Philip S.: *The Paramagnetic ELF Forces*, 19__.

Calder, Nigel: *The Mind of Man*.

Cannon, Martin: *Mind Control in America*.

Cannon, Martin: *The Controllers: A New Hypothesis of Alien Abduction*, Prevailing Winds, Santa Barbara, CA, 1989.

Capron, Alexander, M.: *Human Experimentation*, University Publications of America, Bethesda, MD, 1986.

Chavkin, Samuel: *The Mind Stealers: Psychosurgery and Mind Control*, Houghton Mifflin Co., Boston, 1978.

Chiabrera, A., Nicolini, C., and Schwan, H. P. (eds.): *Interactions Between Electromagnetic Fields and Cells*, NATO Scientific Affairs Division, ASI Series 97A, Plenum Publications Corp., NY and London, 1985.

Chokroverty, Sudhansu: *Magnetic Stimulation in Clinical Neurophysiology*.

Chorover, Stephen L.: *From Genesis to Genocide: The Meaning of Human Nature and the Power of Behavior Control,* MIT Press, Cambridge, MA, 1979.

Clark, Hulda: *The Cure for All Disease*.

Clarke, Arthur C.: *July 20, 2019*.

Cleary, Stephen, F. (ed.): *Biological Effects and Health Implications of Microwave Radiation,* US Dept. HEW, BRH/DBE 70-2, Washington, DC, (June) 1979 (From the Richmond Symposium, Richmond, VA , Sept. 17-19, 1979).

Cole, K. C.: *Sympathetic Vibrations*.

Collins, Larry: *The Maze: A Novel*, Simon & Schuster, Inc., NY, 1989 (fiction).

*Colorado Springs Notes*, (Nikola Tesla's experiments).

Condon, Richard: *The Manchurian Candidate*, (fiction).

Constantine, Alex: *Psychic Dictatorship in the USA*, Feral House, Portland, OR, 1995 (ISBN: 0-922915-28-8: 221 pages).

Constantine, Alex: *Virtual Government: CIA Mind Control Operations in America*, Feral House, Venice, CA, 1997.

Copeland, Miles: *Without Cloak and Dagger: The Truth About the New Espionage*, Simon & Schuster, NY, 1974.

Corning, W.C., and Balaban, M.: *The Mind: Biological Approaches to its Function*, 1968.

Corson, William: *The Armies of Ignorance*, Dial Press, NY, 1977.

Czerski, P., Shore, M. L., et al. (eds.): *Biological Effects and Health Hazards of Microwave Radiation*, Polish Medical Pub., Warsaw, POLAND, 1974.

Davis, Albert Roy: *The Anatomy of Biomagnetism*, Vantage Press, NY, 1982 (ISBN: 533-05046-4: 107 pages).

Davis, Albert Roy, and Rawls, Walter C., Jr.: *The Magnetic Blueprint of Life*, Exposition Press, Hicksville, NY, 1979 (ISBN: 0-682-49215-9: 150 pages) - (good bibliography at end).

Davis, Albert Roy, and Rawls, Walter C., Jr.: *The Magnetic Effect*, Exposition Press, Hicksville, NY, 1975.

Davis, Albert Roy, and Rawls, Walter C., Jr.: *Magnetism and Its Effects on the Living System*, Exposition Press, Hicksville, NY, 1974.

Dean, (Lt. Col.) David J. (ed.): *Low-Intensity Conflict and Modern Technology,* Air University Press, Maxwell Air Force Base, AL, (June) 1986.

DeFelice, L.: *Introduction to Membrane Noise*, Plenum Publishing Corp., NY, 1981.

De la Warr, G.W., and Baker, D.: *Biomagnetism*, de la Warr Laboratories, Ltd., Oxford, 1978.

Delgado, Jose M. R.: *Physical Control of the Mind: Toward a Psychocivilized Society*, Harper & Row, NY, 1969.

DeVolpi, A., et al.: *Born Secret: The H-H-HhhhHHHH-Bomb, the Progressive Case and National Security*, Pergamon Press, 1981.

Dumansky, Y., Serdyuk, A. M., and Los, I. P.: *The Effect of Radiofrequency Electromagnetic Fields on Humans*, Kiev.

Ebon, Martin: *Psychic Warfare: Threat or Illusion?*, McGraw Hill, NY, 1983.

Eccles, J. C.: *The Neurophysiological Basis of Mind*, Oxford University Press, NY, 1953.

Eden, Jerome: *Animal Magnetism and the Life Energy*, Exposition Press, Hickville, NY, 1967.

Edelman, G. M.: *The Remembered Present: A Biological Theory of Consciousness*, Basic Books, NY, 1989.

Erne, Sergio N., Hahbohm, H.D., and Lubbig, H.: *Biomagnetism*, Walter De Gruyter & Co., Berlin & NY, 1981 (558 pages).

Eyges, Leonard: *The Classical Electromagnetic Field*, Addison-Wesley Publishing Co., Reading, MA, 1972 (413 pages).

Ferguson, Marilyn: *The Brain Revolution: The Frontiers of Mind Research*, Taplinger Publishing Co., NY, 1973.

Flanagan, G. Patrick: *The Neurophone*, Pyramid Power, 8th ed., DeVorss & Co., Marina del Rey, CA, 1980.

Franceschetti, Giorgio, Gandhi, and Grandolpho, M. (eds.): *Electromagnetic Biointeraction*, 1988.

Frohlich, H. (ed.): *Biological Coherence and Response to External Stimuli*, Springer-Verlag, Heidelberg and Berlin, 1988.

Gaylin, Willard M., Meister, Joel S., and Neville, Robert C. (eds.): *Operating on the Mind*, Basic Books, 1975.

Galton, Lawrence: *MedTech*.

Gillmor, Don: *I Swear by Apollo: Dr. Ewen Cameron, the CIA, and the Canadian Mind-Control Experiments*, Eden Press, Montreal, 1986.

Glaser, Zorach R., and Moore Julia L.: *Cumulative Index to the Bibliography of Reported Biological Effects and Clinical Symptoms Attributed to Microwave and Radio-Frequency Radiation Exposure*, Julie Moore and Associates, Riverside, CA, 1982.

Gordon, Thomas: *Journey into Madness: The True Story of Secret CIA Mind Control and Medical Abuse*, Bantam Books, NY, 1989.

Grandolfo, M., Michealson, S. M., and Rindl, A. (eds.): *Biological Effects and Dosimetry of Nonionizing Radiation*, Plenum Publishing Corp., NY, 1983.

Green, Elmer and Alyce: *Beyond Biofeedback*, 1977.

Greenslade, Shirley: *Mind Control*, Agape Word, 1994 (ISBN: 1-886799-05-9).

Guzman, Emilio: *Mind Control*, Institute of Psychology, Inc., 1996 (ISBN: 0-913343-25-0).

Halacy, D. S., Jr.: *Cyborg*, 1965.

Hassan, Steven: *Combatting Cult Mind Control*.

Hazzard, D. G. (ed.): *Biological Effects and Measurements of Radio Frequency/Microwaves*, Bureau of Radiological Health, HEW Pub. 77-8026, Rockville, MD, 1977.

Heller, John H.: *Of Mice, Men, and Molecules*, 1963.

Hemming, Leland H.: *Architectural Electromagnetic Shielding Handbook: A Design and Specification Guide*, IEEE (Institute of Electrical and Electronics Engineers) Press, NY, 1992.

Hoffman, Michael A.: *Secret Societies and Psychological Warfare*, Coetur d'Alene, ID, 1989 (127 pages).

Hooper, Judith: *The Three Pound Universe*.

Hutchings, Edward, Jr.: *Frontiers in Science*, 1958.

Hutchison, Michael: *Mega Brain: New Tools and Techniques for Brain Growth and Mind Expansion,* Ballantine Books, NY, 1986 (ISBN: 0-345-41032-7: 380 pages).

Hutchison, Michael: *Mega Brain Power*, (ISBN: 1-56282-770-7: 480 pages).

Illinger, K. H. (ed.): *Biological Effects of Nonionizing Radiation*, American Chemical Society Symposium Series No. 157, Washington, DC, 1981.

Jacobson, Steven: *Mind Control in the United States*, Critique Publishers, Santa Rosa, CA, 1985.

John, E. R.: *Machinery of the Mind*, Birkhauser, Boston, MA, 1990.

John, R.G., and Dunne, B. J.: *Margins of Reality: The Role of Consciousness in the Physical World*, Harcourt, Brace, & Jovanovich, NY, 1987.

Johnson, C. C., and Shore, M. L. (eds.): *Biological Effects of Electromagnetic Waves*, Bureau of Radiological Health, HEW Pub. 77-8010, Rockville, MD, 1976.

Johnson, George: *In the Palaces of Memory*.

Kahn, Herman, and Weiner, Anthony: *The Year 2000: A Framework for Speculation on the Next Thirty-three Years*, MacMillian Co., NY, 1967.

Keith, Jim: *Mind Control/World Control: The Encyclopedia of Mind Control*, Adventures Unlimited Press, Illinois, 1998 (ISBN: 0-932813-45-3).

Key, Wilson Bryan: *The Age of Manipulation: The Con in Confidence; The Sin in Sincere*, Henry Holt & Co., NY, 1989.

Kholodov, Y.A.: *Effects of Electromagnetic...*

Kollberg, E. (ed.): *Microwave and Millimeter Wave Mixers*, Institute Electrical, 1984 (ISBN: 0-87942-179-7).

Kong, Jin A., et al.: *Theory of Microwave Remote Sensing*, (2nd ed.), John Wiley & Sons, NY, 1985.

Lakhovsky, Georges: *The Secret of Life: Cosmic Rays and Radiations of Living Beings*, Health Research, Mokelumme Hill, CA, 1970 (Translated from Russian by Mark Clement: 212 pages).

Lakhovsky, Georges: *The Secret of Life: Electricity, Radiation, and Your Body*, Liberty Lobby, Washington, DC, 1994.

Lausch, Erwin: *Manipulation*, Aiden Ellis, 1974.

Lawrence, Lincoln (pseudonym): *Were We Controlled?* University Books, New Hyde Park, NY, 1967.

Lawrence, Lincoln (pseudonym), with an introduction by Kenn Thomas: *Mind Control, Oswald & JFK: Were We Controlled?* Adventures Unlimited Press, Kempton, IL, 1997 (ISBN: 0-932813-46-1).

Lee, Martin, and Shlain, B.: *Acid Dreams: The CIA, LSD, and the Sixties Rebellion*, Grover Press, NY, 1986.

Lee, Martin: *The Beast Reawakens*.

Leonard, George: *The Silent Pulse*, Bantam Books, NY, 1981.

Levitt, B. Blake: *Electromagnetic Fields*, (432 pages).

Lin, James C. (See Michaelson, Sol M., and): *Biological Effects and Health Implications of RF Radiation.*

Lin, James C.: *Electromagnetic Interaction with Biological Systems*, Plenum Publishing Corp., NY, 1989.

Lin, James C.: *Microwave Auditory Effects and Applications*, 1978 (221 pages).

Lipsky, Stephen: *Microwave Passive Direction Finding*,

Llaurado, J. G., Sances, A., and Battocletti, J.H.: *Biologic and Clinical Effects of Low-Frequency Magnetic and Electric Fields*, Charles C. Thomas, Springfield, IL, 19??. (>1988).

London, Perry: *Behavior Control*,  (269 pages).

Mackay, Stuart: *Biomedical Telemetry*.

Marha, Karel, Musil, Jan, and Tuha, Hana: *Electromagnetic Fields and the Life Environment*, San Francisco Press, San Francisco, CA, 1971.

Marino, Andrew A. (ed.): *Modern Bioelectricity*, Marcel Dekker, NY, 1988.

Marks, John D.: *Search for the Manchurian Candidate: The CIA and Mind Control*, Times Books, NY, 1979 (nonfiction).

Maxwell, J. C.: *A Treatise on Electricity and Magnetism*, Vols. I & II, Dover Publications, NY, 1954.

McRae, Ronald M.: *Mind Wars: The True Story of Government Research into the Military Potential of Psychic Weapons*, St. Martin's Press, NY, 1984 (ISBN: 0-312-65231-3).

Michaelson, Sol M., and Lin, James C.: *Biological Effects and Health Implications of RF Radiation.*

Mills, James: *The Power*, Warner Books, Inc., NY, 1990 (fiction).

*Mind Control, Hidden Manipulation and Subliminal Learning*, Gordon Press, NY, 1991.

Moell, Joseph D.: *Transmitter Hunting: Radio Direction Finding Simplified*.

Morris, Janet: *Medusa*.

Newman, Joseph: *Energy is Electromagnetic*.

Nicolini, C.: *Chromatin Structure and Function*, Plenum Press, NY, 1979.

Norden, B., and Ramel, C. (eds.): *Interaction Mechanisms of Low-Level Electromagnetic Fields in Living Systems*, Royal Swedish Academy of Sciences, Oxford University Press, Inc., NY, 1989.

O'Connor, Mary Ellen, and Lovely, Richard, H. (eds.): *Electromagnetic Fields and Neurobehavioral Function*, Alan R. Liss, Inc., NY, 1988.

O'Neill, John J.: *Prodigal Genius: The Life of Nikola Tesla*, Ives Washburn, Inc., NY, 1944 (326 pages).

Orwell, George: *1984*, Harcourt, Brace,& Jovanovich, NY, 1949 (268 pages).

Osepchuk, John M. (ed.): *Biological Effects of Electromagnetic Radiation*, John Wiley & Sons, Inc., NY, 1983 (IEEE Order No. PC01594: 593 pages).

Ostrander, Sheila, and Schroeder, Lynn: *Super Memory: The Revolution*, 1991.

Persinger, Michael A. (ed.): *ELF and VLF Electromagnetic Field Effects*, Plenum Publishing Corp., NY, 1974.

Pines, Maya: *The Brain Changers: Scientists and the New Mind Control*, Harcourt, Brace, Javonovich, Inc., 1973.

Polk, C., and Postow, E. (eds.): CRC (Chemical Rubber Co.) *Handbook of Biological Effects of Electromagnetic Fields*, Chemical Rubber Co. Press, Boca Raton, FL, 1986.

Popp, Fritz-Albert (ed.): *Electromagnetic Bioinformation*, Urban & Schwartzenberg, Baltimore, MD, 1979.

Presman, A. S.: *Electromagnetic Fields and Life*, Plenum Publishing Corp., NY and London, 1970. Translated from Russian by F.L. Sinclair; Edited by Frank A. Brown (336 pages).

Pribram, Karl H.: *Brain and Perception: Holonomy and Structure in Figural Processing*, Lawrence Erlbaum Associates, Hillsdale, NJ, 1993.

Pribram, Karl H. (ed.): *Rethinking Neural Networks: Quantum Fields and Biological Data*, Lawrence Erlbaum Associates, Mahwah (Hillsdale), NJ, 1993.

Puharic, Andrija: *Beyond Telepathy*, Anchor Books, Garden City, NY, 1973.

Puthoff, Harold E., and Targ, Russell: *Mind Reach: Scientists Look at Psychic Ability*, Delta, NY, 1978.

Puthoff, Harold E., and Targ, Russell (eds.): *Mind at Large: Institute of Electrical and Electronic Engineers Symposia on the Nature of Extrasensory Percection,* Praeger, NY, 1979.

Raden, Dean: *The Unconscious Universe*, 19__.

*Radiofrequency Radiation Dosimetry Handbook*, USAF School of Aerospace Medicine, Brooks AFB, TX, October 1986.

Ranelagh, John: *The Agency*, 1986 (ISBN: 0-671-44318-6).

Rappoport, Jon: *US Mind Control Experiments on Children*, Los Angeles, 1995 (bound xerox: 136 pages).

Rauscher, Elizabeth A.: *Electromagnetic Phenomena in Complex Geometries and Nonlinear Phenomena, Non-hertzian Waves, and Magnetic Monopoles*, Tesla Book Co., Millbrae, CA, 1983.

Regan, David: *Evoked Potentials*.

*Remote Mind Control Technology*.

Renati, Charles, and hudson, Michael: *The Silent Intruder*, Houghton Mifflin, Boston, 1982 (208 pages).

Restak, Richard M.: *The Brain: The Last Frontier*, Doubleday Direct, Garden City, NY, 1979 (page 258).

Restak, Richard M.: *The Mind*, Bantam Books, NY, 1988.

Ricketts, L. W., Bridges, J. E., and Miletts, J.: *EMP Radiation and Protective Techniques,* John Wiley & Sons, NY, 1976.

Riesen, W., et al.: *A Pilot Study of the Interaction of Extremely Low Frequency Electromagnetic Fields with Brain Organelles*, IIT Research Institute (AD-748119), Chicago, IL, 1971.

Roper Organization, The: *Unusual Personal Experiences: An Analysis of the Data from Three National Surveys*, Bigelow Holding Corp., Las Vegas, NY, 1991 (John Mack and Budd Hopkins).

Rossman, Michael: *New Age Blues: On the Politics of Consciousness*, E.P. Dutton, NY, 1979 (chapter on mind control technology)/

Rucker, Rudy: *Mind Tools*.

Russell, Richard: *The Man Who Knew Too Much*.

Russell-Manning, Elizabeth (Betsy): *Mass Mind Control of the American People*, (self-published) San Francisco, CA, 1992.

Russell-Manning, Elizabeth (Betsy): *The Microwave Deception*, Greensward Press, 1989 (ISBN: 0-930165-13-6).

Russell-Manning, Elizabeth (Betsy): *Mind Control in a Free Society*, 1989.

Russell-Manning, Elizabeth (Betsy), and Welsh, Cheryl: *Whistleblowers*, 1996 (bound xerox available from Flatland Books: 276 pages) or *Whistleblowers: Nonlethal Weapons*, Greenswald, Press, San Francisco, CA, 1996 (315 pages).

Sargent, William: *Battle for the Mind: A Physiology of Conversion and Brainwashing*, Greenwood Press, Westport, CT, 1957.

Schaffranke, Rolf: *Proofs of Free Energy Devices and Supporting Data*, Tesla Book Co., Millbrae, CA, 1983.

Scheflin, Alan W., and Opton, Edward M., Jr.: *Mind Manipulators: A Nonfiction Account*, Paddington Press, London, 1978.

Schmitt, F. O., and Schneider, D. M.: *Functional Linkage in Biomolecular Systems,* Raven Press, NY, 1975.

Schnitzgebel, Robert L., and Schnitzgebel, Ralph K.: *Psychotechnology: Electronic Control of the Mind and Behavior*, Holt, Rhinehart & Winston, NY, 1973.

Schrag, Peter: *Mind Control*, Pantheon Books, NY, 1978.

Schwarz, Jack: *Human Energy Systems*, E.P. Dutton, NY, 1980 (175 pages).

Sheffield, Charles, et al. (eds.): *The World of 2044: Technological Development and the Future of Society*, Paragon House, 1994.

Shepherd, G. M.: *The Synaptic Organization of the Brain*, Oxford University Press, NY, 1974.

Sheppard, Asher R., and Eisenbud, Merril: *Biological Effects of Electric and Magnetic Fields of Extremely Low Frequency*, New York University Press, NY, 1977 (229 pages).

Shukman, David: *Tomorrow's War: The Threat of High-Technology Weapons*, Harcourt Brace & Co., 1996 (Formerly: *The Sorcerer's Challenge*, Hodden & Stoughton, London, 1995).

Siegel, Ronald K., and West, Louis Joyolon* (eds.): *Hallucinations: Behavior, Experience, and Theory*, Wiley, NY, 1975 (*member: "Old Crows Association").

Siegel, Ronald K.: *Whispers: The Voices of Paranoia*, Crown Publishers, Inc., NY, 1994.

Smith, Cyril W., and Best, Simon: *Electromagnetic Man: Health and Hazard in the Electrical Environment*, St. Martin's Press, Inc., NY, 1989.

Soyke, Fred, and Edmonds, Alan: *The Ion Effect*, E.P. Dutton, NY, 1977.

Steneck, Nicholas H.: *The Microwave Debate*, MIT Press, Cambridge, MA, 1984.

Stine, G. Harry: *The Silicon Gods*, Bantam Books, NY.

Sweeney, H. Michael: *Alice in Americaland*.

Taylor, Brice: *Starshine: One Woman's Valiant Escape from Mind Control*, (MK-ultra victim). $18.95 (includes s/h) from:

      Brice Taylor Trust
      P.O. Box 655
      Landrum, SC 29356

      [Brice Taylor also offers her recovery book, *Revivification;* "a gentle, alternative, memory retrieval process for trauma survivors." $7.50 (includes s/h)]

      [For more on Brice Taylor see her .]_____

Theury, Jacques: *Microwaves: Industrial, Scientific, and Medical Applications*, (670 pages).

Thomas, Gordon: *Enslaved*, Pharos Books, NY, 1981.

Thomas, Gordon: *Journey into Madness: The True Story of Secret CIA Mind Control and Medical Abuse*, Bantam Books, NY, 1989 (388 pages).

*The Transformation of America*, (by George Leonard?).

Tubiana, Morris, et al.: *Radiobiology*.

Turner, William: *Hoover's FBI*.

Valenstein, Elliot S.: *Brain Control: A Critical Examination of Brain Stimulation and Psychosurgery.*

John Wiley & Sons, NY, 1973.

Valerian, Valdamar: *Matrix* 3, "The Psycho-Social, Chemical, Biological, and Electric Manipulation of Human Consciousness", 1994? (bound xerox: 730 pages).

Valerian, Valdamar: *Matrix* III, Vol. 2, "The Psycho-Social, Chemical, Biological, and Magnetic Manipulation of Human Consciousness" 1995 (bound xerox: 707 pages).

Vankin, Jonathan: *Conspiracies: Cover-ups and Crimes*, Dell, NY, 1990.

Vankin, Jonathan: *Conspiracies, Crimes, and Cover-ups: Political Manipulation and Mind Control in America*, Paragon House, NY, 1991.

Wallia, C. S.: *Towards Century 21*.

*War in the Age of Intelligent Machines*.

Warden, Patrick, A.: *Mind Control and Mental Telepathy*, Samizdat, Los Angeles, August 1, 1993.

Warshovsky, Fred: *The Control of Life*.

Watson, Peter: *War on the Mind: Military Uses and Abuses of Psychology*, Basic Books, Inc., NY, 1978.

Weinstein, Harvey M.: *Psychiatry and the CIA: Victims of Mind Control*, American Psychiatric Press, Washington, DC, 1990.

Whalen, John: *50 Top Conspiracies of All Time*.

White, John (ed.): *Psychic Warfare: Fact or Fiction?*, Aquarian, 1988 (book?).

Williams: *Electromagnetic Brain Blaster*.

Williamson, Samuel J. (ed.): *Biomagnetism*, Plenum Publishing Corp., NY, 1983.

Winn, Denise: *The Manipulated Mind*, The Octagon Press, NY, 1983.

Wolf, Alfred A.: *The Body Quantum*.

Yu, Alan: *Millimeter Waves and Mind Control*.

# ARTICLES
## ON
# MIND CONROL

Aftergood, Steven:  Secrecy and Government Bulletin, Issue 28, Nov. 1993.

Aftergood, Steven:   "The Soft-Kill Fallacy,"   Bulletin of the Atomic Scientists, pp. 40-45, September/October 1994.

Alexander, John B.:  "The new mental battlefield:  Beam me up Spock,"  Military Review (A U.S. Army Journal)  pp. 47-54, December 1980.

The Associated Press:   "Mind-altering microwaves:   Soviets studying invisible ray,"   Los Angeles Herald Examiner,  Sec. A, p. 22, November 1976. *

Bacon, S.:  "Now they're probing the hidden depths of your mind," Popular Mechanics, Vol. 136: pp. 62-65, August 1971.

Barry, John, and Morganthau, Thomas:  "Science of war:  Non-lethal weapons,"  Newsweek, pp. 24-26, 7 February 1994.

Bartch, Paul:  "Neurotransmission.,"  Resonance, No. 17:  pp. 8-10, July 1990.

Bearden, Thomas:  "An approach to understanding psychotronics," DDC (AD-A027866) June 1976.

Beardsley, Tim:  "Making waves,"  Scientific American, Vol. 268 No. 2):  p. 32, February 1993.

Beck, Robert C.:  "ELF:  Extremely low frequency fields:  They affect us all in ways we may never consciously realize!"  Nexus, Vol. 2 (No. 6):  pp. 11-15 & 66-67, January/February 1992.

Beck, Robert C.:   "Extreme low frequency (ELF) magnetic fields and EEG entrainment:  A psychotronic warfare possibility?"  Association for Humanistic Psychology Newsletter, April 1978  or  Biomedical Research Associates, Los Angeles,  CA,  1978.

Besly, Kim:  "Electromagnetic pollution:  A little known health hazard.  A new means of control,"   Preliminary Report, Greenham Common Woman's Peace Camp, Inland House, Southbourne, Emsworth, Hants, England , 1993.

"Biomedical Aspects of Nonionizing Radiation, Naval Weapons Laboratory (NWL) Dahlgren, VA,  Symposium, 10 July 1973.

Blackmon, Janet:   "Woman fears government zapping,"   Sun Journal, New Bern,  NC,  28 September 1992. (Mildred Cooper)

Boyce, Nell:  "Bioterrorism Special Report:  Nowhere to Hide,"  New Scientist  Vol.  : pp  ., March 21, 1998.

Brodeur, Paul:  "A reporter at large:  Microwaves -I and -II,"  New Yorker, 13, 27 December 1976.

Budiansky, Stephen, and Good, Erica, E.:   "Orlikow v. US," US News & World Report (Investigative Report) Vol. (No.):  p. 34, 24 January 1994.

Burrell, Garland E., Jr.:  "Mental privacy:  An international safeguard to governmental intrusion into the mental processes," California Western International Law Journal, Vol. 6:  pp, 110+, 1975.

Butler, Declan:   "Advances in neuroscience may threaten human rights,"  Nature, Vol. 391 (Issue): p. 319, January 1998.  *

Butterfield, Fox:  "$2.15 million for hidden weapon research,"  The New York Times,  Seattle Post Intelligencer, Sec. A-3, Friday, 10 March 1995.

Byrne, Harlan S.:  "California microwaves,"  Barrons, Vol. 72 (No. 13):  pp. 48-49, 30 March 1992.

Cannon, Martin:  "Mind control and the American Government," Lobster, No. 23, 1993.

Caylor, Ron:   "Government working on machine that can read your mind," The National Enquirer,  June 22, 1976.  (article created sensation)

Chernishev, I.:   "Can rulers make 'zombies' and control the world?" Orienteer, pp. 58-62, February 1997.

Collins, Larry:  "Mind Control," Playboy, January 1990.

Coupland,  Robin M.:  "Non-lethal weapons:  Precipitating a new arms race?  Medicine must guard against its knowledge being used for weapon development,"  British Medical Journal, Vol. 315: p. 72, 12 July 1997.

Crary, David:  "Soldiers recount most memorable Iraqi surrenders," Associated Press  The Daily Commercial, March 1, 1991.

DeBoskey, Bruce H.:  "Nonionizing radiation:  Hidden hazards," Trial Magazine, Vol. 26, (No. 8):  pp. 32-36, August 1990.

De Caro, Chuck:   "Washington:   The zap gap:   The Soviets may be ahead of us in the development of radio-frequency weapons," Atlantic Monthly, pp. 24-28, March 1987.  *

DeLeno, Steven:  "Electronic Concentration Camp."

"Disabling people and electronics,"  Microwave News, January/February 1996.  *

DoD, Intel agencies look at Russian mind control technology claims,"  Defense Electronics, July 1993.

Dodgen, Larry:  Non-lethal weapons,"  U.S. News & World Report, Vol. (No.):  p. 5, August 4, 1997.

Dornheim, M.A.:  "U.S.A.F. studying brainwaves to increase crew performances,"  Aviation Week and Space Technology, Vol. 20: pp. 18+, February 1986.

Doswald-Beck, Louise and  Cauderay, Gerald C.:  "The development of new antipersonnel weapons,"  International Review of the Red Cross, Vol. 279 , 1 November 1990.

Edwards, D.D.:  "Cells haywire in electromagnetic field?"  Science News, Vol. 133:  pp. 216, 2 April 1988 (work of W.R. Adey).

Edwards,  D. D.:  "ELF:  The current controversy,"  Science News, Vol. 131:  pp. 107-109, 14 February 1987.

"Electromagnetic fields:  New-wave coverage issues,"  Best's Review, 1991.

Elliott, Dorinda, and Barry, John:  "A subliminal Dr. Strangelove. Mind:  Using the power of hidden suggestions, this Russian Scientist (Igor Smirnov) tries to rewire the brain,"  Newsweek, p. 57, 22 August 1994.

"Emerging threat..."

"Expert meeting on certain weapon systems and on implementation mechanisms in international law,"  Report of the International Committee of the Red Cross, Geneva, Switzerland, May 30 - June 1, 1994 (issued July 1994).

"Final Report on Biotechnology Research Requirements for Aeronautical Systems through the Year 2000,"  Vols. I and II, Southwest Research Institute, San Antonio, TX, 1982.

"From Russia with love.At Los Alamos?" Intelligence Report:  Parade Special Supplement, 1993?

"German workshop on mechanisms of EMF interactions,"  Microwave News, November/December 1991.

Glenn, J.C.:  "Conscious technology:  The co-evolution of mind and machine,"  Futurist, September/October 1989.

Herron, Robert (Maj.):  "Electronic Warfare:  New priority for next generation fighters," Aerospace America, p. 64, 1984.

Hough, Warren:  "High tech civilian control studied:  Secret Pentagon - DOJ Memo of Understanding, `Nonlethal' weapons under development are being added to the government arsenal in its war against its own citizens,"  The Spotlight, p.  , July 31, 1995.  *

Hutchison, Michael:  MegaBrain Report:  The  Psycho-technology Newsletter

Keeler, Anna: "Remote mind control technology," Full Disclosure, Vol. 15: pp. 1-14, 1989; Also published in Mike Coyle's MindNet Journal, Vol. 1 (No. 23a: Part I & No. 23b: Part II); and in Resonance, No. 23: Part I: pp. 3-14, February 1993 & No. 24: Part II: pp. 3-16, May 1992. *

Kelly, Jack A. and Conway, Joseph:  "Non-lethal weapons:  Emerging requirements for security strategy,"  Institute for Foreign Policy Analysis, May 1996.

Kempster, Norman:  "Sci-fi comes true:  Mind reading machine tells secrets of the brain,"  Los Angeles Times,  March 20, 1976.  *

Krawczyk, Glenn:  Nexus, Vol. 2 (No. 22);  pp., October/November 1994.

Krawczyk, Glenn:  "Big brother's recipe for 'Revolution in Military Affairs'", Nexus, pp. 31-36, June/July 1995.  *

Lopez, Ramon:  "Special operations survive Pentagon budget constraints,"  International Defense Review, Vol. 26 (No. 3):  p. 247, 12 December 1994.

MacGregor, R.J.:  "A brief survey of literature relating to low-intensity microwaves on nervous function,"  RAND Report, R-4397, June 1970.

MacGregor, R.J.:  "A direct mechanism for the direct influence of microwave radiation on neuroelectric function,"  RAND Report R-4397, June 1970 - ("The electrical component of microwave radiation induces transmember potentials in nerve cells and thereby disturbs nervous function and behavior.").

MacKenzie, Debora:  Bioterrorism Special Report:  Bioarmageddon," New Scientist, Vol. September 19, 1998.

Maddox, J., et al.:  "",  Nature, Vol. 334 (No. ):  287-, 1988.

Mann, Paul:  "Mass weapons threat deepens worldwide,"  Aviation Week & Space Technology, Vo.. 144 (No. 25):  p. 58, 17 June 1996.

Manning, Jeane:  "Electronic telepathy devise"  (unnamed source, from Angels Don't Play This HAARP)

Martin, Harry V., and Caul, David:  "Mind control,"  (A 13-part series) The Napa Sentinel, Napa, CA  1995.

Matthews, Owen:  Report:  "Soviets used top secret 'psychotronic' weapons,"  Moscow Times, Sec. 750, 11 July 1995.

McAuliffe, Kathleen:  "The mind fields,"  Omni Magazine,  pp. 258-267, February 1985.

McKinney, Julianne:  "Microwave harassment and mind control experimentation,"  Unclassified, Vol. IV (No. 3) Parts I & II: 20 pgs., June/July 1992.  *

Merritt, J. H., et al.:  "Some biological effects of microwave energy directed at the head," (Unpublished and unclassified abstract circulated to conference participants.  Conference was sponsored by the DoD Electromagnetic Compatibility Analysis Center) 19??.  (See Steneck, Nicholas:  The Microwave Debate, p.)

Metz, Steven, and Keivit, James:  "The revolution in military affairs and conflict short of war," Strategic Studies Institute (SSI), U.S. Army War College, U.S. Government Printing Office (No. 1994-504-111/00089) July 25, 1994 (references to mind manipulation).

Michrowski, Andrew:  "Covert ELF warfare," Specula  (formerly published as The Journal of the American Association of Metascience) p. 27, January/March 1980.

"Microwave measurements,"  Aviation Week and Space Technology, Vol. 144 (no. 18): p. 73, 29 April 1996.

Microwave News, May/June 1988.

"Military on non-lethal weapons:  A very attractive option,"  Microwave News, November/December 1993.

"The Mind Control Papers,"  Freedom News Journal, 1980  (ISBN: 0-915509-35-3)?

"Mind-reading computer," Futurist,  p. 49, May/June 1992.

Mintz, John:  "The secret's out:  Covert E-Systems, Inc. covets commercial sales,"  The Washington Post, p. A-1, A-10, 24 October 1994.

Mizrach, Steve:  "Electromagnetic effects on human behavior," MindNet Journal, Vol. 1 (No. 82) July 1996.  *

Mollick, Ethan:  "A gentler war:  The debate over non-lethal weapons,"  Harvard International Review, Vol. 18 (No. 4): p.46, Fall 1996.

Morrison, David C.:  "Sites unseen:  A sketch of the Pentagon's secret 'black' bases used for stealth aircraft, special operations, and electronic eavesdropping programs emerges from a National Journal study," National Journal (Defense Report) pp. 1468-1472, June 4, 1988.  *

Opall, Barbara:  "U.S. experts:  Focus arms control goals,"  Defense News, p. 6, 24-30 November 1997.   Opall, Barbara:  "U.S. explores mind control technology,"  Defense News, pp. 4, 29, January 11-17, 1993.  *

Opall, Barbara:  "U.S, Russia hope to safeguard mind-control techniques,"  Defense News, p. 4, 11-17 January 1993.

Page, J.:  "Tuning in on brainwaves,"  Science, Vol. 5:  pp. 88+, October 1984.

Pasternak, Douglas:  "Wonder weapons:  The Pentagon's quest for nonlethal arms is amazing. But is it smart?"  US News & World Report (Special Report), Vol. 123 (No. 1):  pp. 38-46, July 7, 1997.  *

Pengelley, Rupert:  "Wanted:  A watch on non-lethal weapons," International Defense Review, Vol. 24 (No. 4): p. 1, 1 April 1994.

"Perry plans to launch nonlethal warfare",  Defense News, September 19-25, 1994.

Persinger, Michael A.:   "On the possibility of directly accessing every human brain by electromagnetic induction of fundamental algorithms,"  MindNet Journal, Vol. 1 (No. 65) June 1995.

Pool, Robert:  "Electromagnetic fields:  The biological evidence," Science, Vol. 249:  pp. 1378-1381, 21 September 1990.

Posner, Michael I.:  "Seeing the mind,"  Science, Vol. 262:  pp. 673-674, 29 October 1993.

Possony, Stefan:  "Scientific advances hold dramatic prospects for phy-strat,"  Defense and Foreign Affairs, Vol. 34, July 1983.

Ray, J.:  "The body magnetic,"  Buzzworm, Vol. 4: p. 22, September/October 1992.

Ricks, Thomas E.:  "Nonlethal arms:  New class of weapons could incapacitate foe yet limit casualties,"  The Wall Street Journal, pp. A1 & A4, January 4, 1993.  *

Rosenberg, Barbara Hatch:  "Non-lethal weapons may violate treaties," The Bulletin of the Atomic Scientists,  pp. 44 - 45, September - October 1994. (Note:  Rosenberg gives the full name of this treaty as "Convention on prohibition or Restriction of the Use of Certain Conventional Weapons which may be deemed to be Excessively Injurious or to have Indiscriminate Effects.")

Schmitt, Eric:  "Zany new weapons for U.S. team in Somalia," International Herald Tribune, 16 February 1995.

Schmitz, Tom:  "California's Livermore weighs plan to use Russian technology,"  The Journal of Commerce, April 8, 1993.  *

Selden, Gary:  "Machines that read minds,"  Science Digest,  Octorber 1981.

Sharp, Joseph C. et al.:  "Generation of acoustic signals by pulsed microwave energy," IEEE Transactions on  Microwave Theory and Techniques,  May 1974.

Shorto, Russell:  "Armageddon:  Killing them softly," Gentlemen's Quarterly,  March 1995.  *
"Still under wraps" Aviation Week and Space Technology, pp. 35+, June 7, 1993.

Sweetman, Sherri:  Report on the Attorney General's Conference on Less than Lethal Weapons, U.S. Dept.    of Justice, National Institute of Justice, March 1987.

Thomas Timothy:  "The mind has no firewall,"  Parameters:  U.S. Army War College Quarterly, Vol. 28 (No. 1):  pp. 84-92, Spring 1998.  *

Tigner, Brooks:  "NATO panel to consider non-lethal weapon guidelines,"  Defense News, p. 14, 29 September 1997.

Tigner, Brooks:   "Europeans protest U.S. ionospheric research," Defense News, p. 3, 16-22 February 1998.

Tyler:   IN:   Dean, David J. (ed.):   Low-intensity Conflict and Modern Technology, Air University Press, USAF, Center for Aerospace Doctrine, Research, and Education,  Maxwell AFB, AL,  June 1986.  *

"U.S. Nullifies Nuremberg Law,"  Earth Island Journal, p. 18, Winter 1996-97.  *

Victorian, Armen:   "The military use of electromagnetic, microwave, and mind control technology," Lobster,  No. 34: pp 2-7, Winter 1998;  Also published in Resonance, No., April 1998.

Victorian, Armen:  "Mind reading computer,"  Time Magazine,  1 July 1974.

Victorian, Armen:   "Neural manipulation by remote radar," Resonance, No. 30:  pp. 25-28, March 1996;  Also published in Lobster No. 30.  *

Victorian, Armen:  "Psychic warfare and nonlethal weapons."

Walker, Martin:  "Dark dreamer of Star Wars,"  5 May 1995.

Wall, Judy:  "Electromagnetic weapons,"  Resonance, No. 29: pp 27-33,  May 1995.  *

Wall, Judy:  "Military use of mind control weapons,"  Nexus,  pp. 11 - 16, October - November 1998.  (Unedited version originally published in Resonance, No. 33,  April 1998.  *

Wall, Judy:  "Synthetic telemetry," Resonance No. 29:  pp. 17 - 26, May 1995.  *

Weiner, Malcolm H., Chairman:  "Non-lethal technologies:  Military options and implications", Report of an independent task force sponsored by the Council on Foreign Relations released June 22, 1995.

Wright, Steve:   "An appraisal of technologies for political control,"   European Parliament Scientific and Technological Options Assessment (STOA) Luxembourg, European Parliament, 6 January 1998.

IMPORTANT
# TECHNICAL REFERENCES

Photo and description of the Korean War LIDA machine, a radio frequency brain entrainment device.

"Human Auditory System Response To Modulated Electromagnetic Energy," Allan H. Frey, General Electric, Advanced Electronics Center, Cornell University, Ithaca, New York.

NASA technical report abstract stating that speech-to-skull is feasible.

DOD/EPA small business initiative (SBIR) project to study the unclassified use of voice-to-skull technology for military uses.

Excerpts, Proceedings of  Joint Symposium on Interactions of Electromagnetic Waves with Biological Systems, 22nd General Assembly of the International Union of Radio Science, August 25 - September 2, 1987, Tel Aviv, Israel.

Excerpt, Dr. Don R. Justesen, neuropsychological researcher, describes Dr. Joseph C.  Sharp's successful transmission of "words" via a pulse-rate- modulated microwave transmitter of the Frey type.

FOIA article circulated among U.S. agencies describing the Russian TV program "Man and Law", which gives a glimpse into the Russian mind control efforts. (Dr. Igor Smirnov, a major player, was used as a consultant to the FBI at the Waco Branch Davidian standoff.)

SBIR (small business initiative contract) which clearly shows intent to use ultrasound as an anti-personnel weapon, including one-man portability and with power to kill.

A page originally from the  MIT Media Lab's acoustic engineer, Joseph Pompeii.  Describes a similar technique under commercial and military development (American Technologies Corp., San Diego) under the trade name "Hypersonic Sound". Shows that sound can be focused to the extent of targeting just one person in a crowd, acoustically, using ultrasound.

# APPENDIX A

**Electromagnetic Weapons Timeline:**

Electromagnetic (EM) weapons are of recent invention. They utilize the various frequencies of the electromagnetic spectrum to disable or kill the target. Psychotronic weapons are those EM weapons that interact with the nervous system of the target. These weapons usually operate in the very low (100 to 1,000 Hz) or extremely low (greater than zero but less than 100 Hz) frequency ranges.

1934 "A method for Remote Control of Electrical Stimulation of the Nervous System", a monograph by Drs. E. L. Chaffee and R. U. Light.

1934 Experiments in Distant Influence, book by Soviet Professor Leonid L. Vasiliev
Vasiliev also wrote an article, "Critical Evaluation of the Hypogenic Method" concerning the work of Dr. I. F. Tomashevsky on experiments in remote control of the brain.

1945 After World War II, the Allies discovered the Japanese had been developing a "death ray" utilizing very short radio waves focused into a high power beam. Tests were done on animals.

1950 The French conducted research on infrasonic weapons. (From "The Road From Armageddon", by Peter Lewis, Resonance #13, pp 9-14).

1953 John C. Lilly, when asked by the director of the National Institute of Mental Health (NIMH) to brief the Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), National Security Agency (NSA), and the various military intelligence services on his work using electrodes to stimulate directly the pleasure and pain centers in the brain, refused.

1958, 1962 The U.S. conducts high-altitude Electromagnetic Pulse (EMP) bomb tests over the Pacific. (From "The Road From Armageddon" by Peter Lewis.)

1960 Headlines read "Khrushchev Says Soviets Will Cut Forces a Third; Sees 'Fantastic Weapon' ". (From article of same title, by Max Frankel, New York Times, Jan. 15, 1960, p1 as cited in "Tesla's Electro-magnetics and Its Soviet Weaponization", paper by T. E. Bearden.)

1965 A "Death Ray" weapon was developed by McFarlane Corporation, described as a modulated electron gun X-ray nuclear booster, could be adapted to communications, remote control and guidance systems, EM radiation telemetry and death ray.

Reported hearings before the House Subcommittee on Department of Defense Appropriations, chaired by Rep. George Mahon (Dem. - Texas). From "Hearing Voices" by Alex Constantine, Hustler, January 1994, pp 102-104, 113, 120, 134. Research by Harlan Girard.

<u>1965</u> Project Pandora was undertaken in which chimpanzees were exposed to microwave radiation.  The man who was in charge of this project said, 'the potential for exerting a degree of control on human behavior by low level microwave radiation seems to exist' and he urged that the effects of microwaves be studied for 'possible weapons applications' - (From "Electromagnetic Pollution: A Little Known Health Hazard. A new means of control?" by Kim Besley, Great Britain, p14.  Research from Woody Blue).

<u>1968</u> Dr. Gordon J. F. MacDonald, science advisor to President Lyndon Johnson, wrote, "Perturbation of the environment can produce changes in behavioral patterns."  He was referring to low frequency EM waves in the ionosphere affecting human brain wave patterns.  (From his book, <u>Unless Peace Comes, a Scientific Forecast of New Weapons</u>, cited in "New World Order ELF Psychotronic Tyranny", a paper by C. B. Baker.)

<u>1970</u> Zbigniew Brzezinski, President Jimmy Carter's National Security Director, said in his book, <u>Between Two Ages</u>, weather control was a new weapon that would be the key element of strategy.  "Technology will make available to leaders of major nations a variety of techniques for conducting secret warfare..."  He also wrote "Accurately timed, artificially excited electronic strokes could lead to a pattern of oscillations that produce relatively high power levels over certain regions of the Earth ... one could develop a system that would seriously impair the brain performance of a very large population in selected regions over an extended period."(Cited in Baker's "ELF Psychotronic Tyranny" paper.)

<u>1972</u> The Taser, first electrical shock device developed for use by law enforcement, delivers barbed, dart shaped electrodes to a subject's body, and 50,000 volt pulses at two millionths of an amp over 12-14 seconds time. (From "Report on the Attorney General's Conference on Less Than Lethal Weapons", by Sherry Sweetman, 1987, p4, which cites "Non-Lethal Weapons for Law Enforcement:  Research Needs and Priorities.  A Report to the National Science Foundation by the Security Planning Corporation, 1972. Research by Harlan Girard.)

<u>1972</u> "A U.S. Department of Defense document said that the Army has tested a microwave weapon.  It was an extremely powerful 'electronic flamethrower'." (From "Electromagnetic Pollution.")

<u>1972</u> "A study published by the U.S. Army Mobility Equipment Research and Development Center, titled 'Analysis of Microwaves for Barrier Warfare' examines the plausibility of using radio frequency energy in barrier counter-barrier warfare ... The report concludes that:

> (a)     it is possible to field a truck-portable microwave barrier system that will completely immobilize personnel in the open with present day technology;
>
> (b)     there is a strong potential for a microwave system that would be capable of delaying or immobilizing personnel in vehicles;
>
> (c)     with present technology, no method could be identified for a microwave system to destroy the type of armored material common to tanks."

(From "Electromagnetic Pollution" by Kim Besly, p15, quoting The Zapping of America by Paul Brodeur.)  The report further documents the ability to create third-degree burns on human skin using 3 GHz at 20-watts/square centimeter in two seconds.

1972 Dr. Gordon J. F. MacDonald testified before the House Subcommittee on Oceans and International Environment, concerning low frequency research:  "The basic notion there was to create between the electrically charged ionosphere in the higher part of the atmosphere and conducting layers of the surface of the Earth this neutral cavity, to create waves, electrical waves that would be tuned to the brainwaves ... about ten cycles per second ... you can produce changes in behavioral patterns or in responses."  (From Baker's "ELF Psychotronic Tyranny" paper.)

1973 Sharp and Grove transmit audible words via microwaves.

1975 - 1977 "Unpublished analyses of microwave bioeffects literature were disseminated to the U.S. Congress and to other officials arguing the case for remote control of human behavior by radar."  (From the Journal of Microwave Power, 12(4), 1977, p320.  Research by Harlan Girard.)

1978 Hungarians presented a state-of-the-art paper on infrasonic weapons to the United Nations, "Working Paper on Infrasound Weapons", United Nations CD/575, 14 August 1978.  (From "The Road From Armageddon" by Peter Lewis.)

1981 - 1982 "Between 1981 and September 1982, the Navy commissioned me to investigate the potential of developing electromagnetic devices that could be used as non-lethal weapons by the Marine Corp for the purpose of 'riot control', hostage removal, clandestine operations, and so on."  Eldon Byrd, Naval Surface Weapons Center, Silver Spring  MD. (From "Electromagnetic Pollution" by Kim Besly, p12.)

1982 Electromagnetic weapons for law enforcement use in Great Britain:  Charles Bovill of the now defunct British firm, Allen International, developed a 10-30 Hz strobe light that can produce seizures, giddiness, nausea, and fainting.  Addition of sound pulses in the 4.0 - 7.5 Hz range increases effectiveness, as utilized in the Valkyrie, a "frequency" weapon advertised in British Defense Equipment Catalogue until 1983.

The squawk box or sound curdles uses two loudspeakers of 350-watt output to emit two slightly different frequencies that combine in the ear to produce a shrill shrieking noise.  The U.S. National Science Foundation report says there is "severe risk of permanent impairment of hearing."  (From "Electropollution" by Kim Besley, citing the Manchester City Council Police Monitoring Unit document.)

1982 Air Force review of biotechnology:  "Currently available data allow the projection that specially generated radio frequency radiation (RFR) fields may pose powerful and revolutionary antipersonnel military threats.  Electroshock therapy indicates the ability of induced electric current to completely interrupt mental functioning for short periods of time, to obtain cognition for longer periods and to restructure emotional response over prolonged intervals.

"... impressed electromagnetic fields can be disruptive to purposeful behavior and may be capable of <u>directing and/or interrogating</u> such behavior.  Further, the passage of approximately 100 milliamperes through the myocardium can lead to cardiac standstill and death, again pointing to a speed-of-light weapons effect.

"A rapidly scanning RFR system could provide an effective stun or kill capability over a large area."
(From <u>Final Report on Biotechnology Research Requirements for Aeronautical Systems Through the Year 2000</u>.  AFOSR-TR-82-0643, vol 1,and vol 2, 30 July 1982.)

<u>1986</u> "The Electromagnetic Spectrum in Low-Intensity Conflict" by Captain Paul Tyler, MC, USN quotes the above passage and further elaborates on the theme.  (Published in <u>Low Intensity Conflict and Modern Technology</u> Lt. Col. David J. Dean, USAF, ed., Air University Press, Maxwell AFB, AL.Research by Harlan Girard.)

<u>1983</u> Nikolai Khokhlov, a Soviet KGB agent who defected to the West in 1976, interviews recently arrived scientists and reports:  "The Soviet mind- control program is run by the KGB with unlimited funds."  (From <u>The Spectator</u>, February 5, 1983, reported in "New World Order Psychotronic Tyranny" by C. B. Baker.)

<u>1984</u> "USSR:  New Beam Energy Possible?" possibly associated with early Soviet weather engineering efforts over the U.S. (From "Tesla's Electromagnetics and Its Soviet Weaponization" by T. E. Bearden.)

<u>1985</u> Women in the peace camps at Greenham Common began showing various medical symptoms believed to be caused by EM surveillance weapons beamed at them.  (See "Zapping: The New Weapon of the Patriarchy", <u>Resonance</u> #13, pp 22-24.  Research by Woody Blue.)

<u>1986</u> Attorney General's Conference on Less Than Lethal Weapons reviews current weapons available.  They include the Taser, the Nova XR-5000 Stun Gun (can interrupt a pacemaker); the Talon, a glove with an electrical pulse generator; and the Source, a flashlight with electrodes at the base.

Photonic driving strobe lights tested by one conference delegate on 100 subjects, produced discomfort.  Closed eyelids to not block the effect.  Evidence that ELF produces nausea and disorientation.  Suggestion to develop fast acting electro sleep inducing EM weapon.

Discusses problem of testing weapons on animals and human "volunteers".  (From "Report on the Attorney General's Conference on Less Than Lethal Weapons", by Sherry Sweetman, March 1987, prepared for the National Institute of Justice.  Research by Harlan Girard.)

<u>1988</u> The Pentagon is ordered by courts to cease EMP tests at several locations due to a lawsuit filed by an environmental group.  (From <u>The Washington Post</u>, May 15, 1988, see "U.S. and Soviets Develop Death Ray", <u>Resonance</u> 11, p10.  Research by Remy Chevalier.)

1992 December. "The U.S. Army's Armament Research, Development and Engineering Center is conducting a one-year study of ACOUSTIC BEAM TECHNOLOGY ... the command awarded the one year study to Scientific Applications and Research Associates of Huntington Beach CA. Related research is conducted at the Moscow based Andreev Institute." (From "U.S. Explores Russian Mind Control Technology", by Barbara Opal, Defense News, January 11-17, 1993. Research by Harlan Girard and others.)

1993 The Russian government is offering to share with the United States in a bilateral Center for Psychotechnologies the Soviet mind-control technology developed during the 1970s. The work was funded by the Department of Psycho-Correction at the Moscow Medical Academy.

"Acoustic psycho-correction involves the transmission of specific commands via static or white noise bands into the human subconscious..." The Russian experts, among them former KGB General George Kotov, present in a paper a list of software and hardware available for $80,000. (From Opal article, "U.S. Explores Russian Mind Control Technology".)

1993 February 28, beginning of 51 day siege on the Branch Davidians at Waco Texas, which ended in the death of more than 80 people.

Until this incident, the electromagnetic weapons had kept a very low profile. But in the documentary video, "Waco: The Big Lie Continues", footage from the British Broadcasting (BBC) shows at least three EM weapons used by U.S. government agents. First, the noise generators used against the Davidians. Second, a powerful strobe light, shown during a nighttime sequence.

And the third was the Russian psychoacoustics weapon, considered, but agents deny use of this weapon against the Waco people. FBI agents met with Dr. Igor Smirnov in Arlington VA to discuss the possibility of using the weapon against the Davidians. (From "A Subliminal Dr. Strangelove", by Dorinda Elliot and John Barry, Newsweek, August 22, 1994)

## APPENDIX B

**Most Common Known ELF Effects:**   Here is a list of most of the common effects.  It is intended to show how the various induced stress effects are broken down.  Indent levels are used to show categories and sub-categories:

**Invasive At-a-Distance Body Effects (including mind):**

### Sleep deprivation and fatigue:

Silent but instantaneous application of "electronic caffeine" signal, forces awake and keeps awake

Loud noise from neighbors, usually synchronized to attempts to fall asleep

Precision-to-the-second "allowed sleep" and "forced awakening"; far too precise and repeated to be natural

Daytime "fatigue attacks", can force the victim to sleep and/or weaken the muscles to the point of collapse

### Audible Voice to Skull (V2S):

Delivered by apparent at a distance radio signal

Made to appear as emanating from thin air

Voices or sound effects only the victim can hear

### Inaudible Voice to Skull (Silent Sound):

Delivered by apparent at a distance radio signal; manifested by sudden urges to do something/go somewhere you would not otherwise want to; silent (ultrasonic) hypnosis presumed

Programming hypnotic "triggers" - i.e., specific phrases or other cues which cause specific involuntary actions

### Violent muscle triggering (flailing of limbs):

Leg or arm jerks to violently force awake and keep awake

Whole body jerks, as if body had been hit by large jolt of electricity

Violent shaking of body; seemingly as if on a vibrating surface but where surface is in reality not vibrating

**Precision manipulation of body parts (slow, specific purpose):**

Manipulation of hands, forced to synchronize with closed-eyes but FULLY AWAKE vision of previous day; very powerful and coercive, not a dream

Slow bending almost 90 degrees BACKWARDS of one toe at a time or one finger at a time

Direct at-a-distance control of breathing and vocal cords; including involuntary speech iv. Spot blanking of memory, long and short term

**Reading said-silently-to-self thoughts:**

Engineered skits where your thoughts are spoken to you by strangers on street or

Real time reading sub vocalized words, as while the victim reads a book, and BROADCASTING those words to nearby people who form an amazed audience around the victim

**Direct application of pain to body parts:**

Hot-needles-deep-in-flesh sensation

Electric shocks (no wires whatsoever applied)

Powerful and unquenchable itching, often applied precisely when victim attempts to do something to expose this "work"

"Artificial fever", sudden, no illness present v. sudden racing heartbeat, relaxed situation

**Surveillance and tracking:**

Thru-wall radar and rapping under your feet as you move about your apartment, on ceiling of apartment below

Thru-wall radar used to monitor starting and stopping of your urination - water below turned on and off in sync with your urine stream

Loud, raucous artificial bird calls everywhere the victim goes, even into the wilderness

**Invasive Physical Effects at a Distance (non-body):**

Stoppage of power to appliances (temporary, breaker ON)

Manipulation of appliance settings

Temporary failures that "fix themselves"

Flinging of objects, including non-metallic

Precision manipulation of switches and controls

Forced, obviously premature failure of appliance or parts

**External Stress-Generating "Skits":**

Participation of strangers, neighbors, and in some cases close friends and family members in harassment:

Rudeness for no cause

Tradesmen always have "problems", block your car, etc.

Purchases delayed, spoiled, or lost at a high rate

Unusually loud music, noise, far beyond normal

**Break-ins/sabotage at home:**

Shredding of clothing

Destruction of furniture

Petty theft

Engineered failures of utilities

**Sabotage at work:**

Repetitive damage to furniture

Deletion/corruption of computer files

Planting viruses which could not have come from your computer usage pattern

Delivered goods delayed, spoiled, or lost at a high rate

Spreading of rumors, sabotage to your working reputation

Direct sabotage and theft of completed work; tradesmen often involved and showing obvious pleasure

In summary, the effects include:

**To the Brain:**
Forced memory blanking and induced erroneous actions
Induced changes to hearing.  Both apparent direction and volume, and sometimes even content
Reading and broadcasting thoughts.  "How can that lady talk with her mouth closed?"
Vivid controlled dreams.
Forced waking visions: some synched with forced body motion
Microwave hearing
Sleep prevention each nigh, at exactly the same time (for weeks)

**To the FaceL**
Sudden violent itching inside eyelids
Forced manipulation of airways, including externally controlled forced speech
"Transparent eyelids"
Artificial tinnitus (ringing in ears)
Forced movement of jaw and clacking of teeth

**To the Body:**
Wilding racing heart without cause
Remotely induced violent no-rash itching
Forced nudging of arm during delicate or messy work causing injury or spills
Forced "muscle quaking" on large muscles on the back or other unexplainable vibrations
Cases of repeated fresh watch batteries dying
Forced precision manipulation of hands.  Sometimes synched to the forced waking visions.
Special attention to genital area: itching, forced orgasm, intense pain, "hot needles"
Intense general pain in the legs, like stings.

*[Remind you, that these are the unclassified effects only.]*

# RICHARD ALAN MILLER
**Lectures, Writing, & Research**

Author & researcher Richard Alan Miller reveals a wealth and depth of knowledge and experience in three major fields; Alternative Agriculture, New Age Physics, and Metaphysics.  Before many leading edge concepts became trendy topics, Miller was (and is) in the international front lines of research, experimentation and documentation.



His focus on botanicals made him the leading world authority on herb farming, processing and marketing.  With numerous books, bi-lines and websites (www.nwbotanicals.org), Miller's visionary work with Alternative Agriculture continues to be 20 years ahead including concepts such as sustainability, intercropping, and Forest Farming.

Taking a step behind the scenes of "black ops" research is for most of us limited to speculations.  Miller began working in that "X-Files" world in the 60s and has amazing experiences and conclusions to share. An original team-member, "man-in-black," Miller's research in the field of Parapsychology & Paraphysics began as a graduate physicist working 10 years with Army Intel/Pentagon.

During this period numerous foundational papers, including "A Holographic Concept of Reality" and "Embryonic Holography" were written.  Richard Alan Miller's most recent work, "Synthetic Telepathy and the Early Mind Wars" discusses how some of his earlier work contributed to new "mind altering" technologies and their current applications.

His most recent works at Nexus Conferences in Brisbane, 2004 and Amsterdam, 2005 was titled "The Non-Local Mind In A Holographic Universe."  He also has semi-technical papers to be presented in Anaheim at The World Nutra Conference in October, 2005.  Title:  "Lab-Grown *Cordyceps sinsensis* Hybrid: A Nano-Processed Medicinal Mushroom that Really Delivers."

Offering fresh perspectives on Metaphysical traditions his books, papers & articles integrate his scientific research with time-honored metaphysical concepts, leading to such works as The Modern Alchemist; A Guide to Personal Transformation and The Diamond Body, a Synergetic Approach to Mysticism.

He brings a similar integration to The Magical & Ritual Use of Herbs and The Magical & Ritual use of Aphrodisiacs.  Miller is listed in Who's Who in the World, America, and the West.

Richard Alan Miller
Northwest Botanicals, Inc.
(541) 476-5588
(541) 476-1823  (fax)

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Micheal Chaalan Traboulsi
5911 Burger St.
Dearborn Heights, MI, 48217   586-382-2661

**DEFENDANTS**
The East Wing Of The White House  et al.

**(b)** County of Residence of First Listed Plaintiff     wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
self representing
Micheal Chaalan Traboulsi
5911 Burger St.
Dearborn Heights, MI, 48127  586-382-2661

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability   ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|     & Enforcement of Judgment |     Slander     Personal Injury |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |     Liability   ☐ 368 Asbestos Personal |  |     New Drug Application | ☐ 470 Racketeer Influenced and |
|     Student Loans | ☐ 340 Marine     Injury Product |  | ☐ 840 Trademark |     Corrupt Organizations |
|     (Excludes Veterans) | ☐ 345 Marine Product     Liability |  |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |     Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |     Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending |     Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract |     Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage |     Relations | ☐ 864 SSID Title XVI |     Exchange |
| ☐ 196 Franchise |     Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
|  | ☐ 362 Personal Injury -     Product Liability | ☐ 751 Family and Medical |  | ☐ 891 Agricultural Acts |
|  |     Medical Malpractice |     Leave Act |  | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff |     Act |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee |     Income Security Act |     or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate |  | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence |  |     26 USC 7609 |     Act/Review or Appeal of |
| ☐ 245 Tort Product Liability |     Accommodations   ☐ 530 General |  |  |     Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of |
|  |     Employment   **Other:** | **IMMIGRATION** |  |     State Statutes |
|  | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  |     Other   ☐ 550 Civil Rights | ☐ 465 Other Immigration |  |  |
|  | ☐ 448 Education   ☐ 555 Prison Condition |     Actions |  |  |
|  | ☐ 560 Civil Detainee - |  |  |  |
|  |     Conditions of |  |  |  |
|  |     Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE                                    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?          ☐ Yes
                                                                    ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.      Other than stated above, are there any pending or previously     ☒ Yes
        discontinued or dismissed companion cases in this or any other
        court, including state court? (Companion cases are matters in which  ☐ No
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: eastern District Court Michigan _____

Case No.: 26-11819 _____

Judge: _____

Notes : _____